**B1 (Official Form 1)(4/10)**

| United States Bankruptcy Court<br>District of Oregon | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**ERP-Link Corp** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**93-1240068** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**510 SW 5th Avenue, Suite 200**<br>**Portland, OR**<br><div align="right">ZIP Code **97204**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Multnomah** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*

☑ Corporation (includes LLC and LLP)

☐ Partnership

☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

### Tax-Exempt Entity
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ Debts are primarily business debts.

### Filing Fee (Check one box)

☑ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

**Estimated Assets**

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,000 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**ERP-Link Corp** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)            (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

■  No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| --- |
| **ERP-Link Corp** |

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

X **/s/ Howard M. Levine**
Signature of Attorney for Debtor(s)

**Howard M. Levine 800730**
Printed Name of Attorney for Debtor(s)

**Sussman Shank LLP**
Firm Name

**1000 SW Broadway
Suite 1400
Portland, OR 97205-3089**

_____
Address

**Email: hlevine@sussmanshank.com**
**(503) 227-1111**
Telephone Number

**August 17, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ John Eric Anderson**
Signature of Authorized Individual

**John Eric Anderson**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**August 17, 2011**
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## District of Oregon

In re   **ERP-Link Corp**

Debtor(s)

Case No.

Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | See Attached Fee Agreement |
| Prior to the filing of this statement I have received | $ | **38,921.30** |
| Balance Due | $ | **See Attached Fee Agreement** |

2.   The source of the compensation paid to me was:

☒ Debtor        ☐ Other (specify):

3.   The source of compensation to be paid to me is:

☒ Debtor        ☐ Other (specify):

4.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
e.  [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:  See attached Fee Agreement.

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   08/15/2011

/s/ Howard M. Levine
**Howard M. Levine 800730**
**Sussman Shank LLP**
**1000 SW Broadway**
**Suite 1400**
**Portland, OR 97205-3089**
**(503) 227-1111**
**hlevine@sussmanshank.com**

---

**BANKRUPTCY ATTORNEY CLIENT ENGAGEMENT AND FEE AGREEMENT**
**(Chapter 11 Petition)**

**CLIENT:**    ERP Link Corporation ("Client")

**ATTORNEY:**    Sussman Shank LLP ("Attorney")

Client desires to retain Attorney for the purposes described in this Agreement and agrees to be responsible for payment of Attorney's fees and costs as established in this Agreement and in the Terms of Representation attached hereto as Exhibit A. To the extent this Agreement and the Terms of Representation are inconsistent, this Agreement will control. This Agreement and the Terms of Representation are hereafter, collectively, the "Agreement".

Attorney agrees to represent Client under the terms and conditions of this Agreement and to be compensated at the rates set forth in this Agreement. Client requests and Attorney agrees to render professional services, including (a) giving Client legal advice with respect to its business operations; (b) assisting Client in any proposed reorganization of its business; (c) if authorized, filing an appropriate petition for relief under Title 11 of the United States Code; (d) giving Client legal advice with respect to its powers and duties in any proceeding in bankruptcy; (e) preparing on behalf of Client all necessary applications, answers, orders, reports, or other legal papers; and (f) performing for Client any and all other legal services that may be necessary in connection with the filing of any petition or proceeding in bankruptcy.

Client and Attorney agree that Attorney's compensation for services performed pursuant to this Agreement will be Attorney's customary hourly rates in effect at the time the services are performed for the attorneys, paralegals, and legal assistants who provide services for Client. Such compensation arrangements must be agreed to between Client and Attorney and approved by the Bankruptcy Court. At the time this Agreement is executed, Attorney's current hourly rates, with any agreed initial hourly rate reductions, are as follows:

See Exhibit "B"

These hourly rates are subject to periodic adjustment to reflect economic conditions and increased experience and expertise in this area of law. Attorney's time and paralegal time are billed in minimum .10 hour increments. Attorney will provide Client with itemized statements for services rendered and expenses incurred at the time Attorney applies to the Bankruptcy Court for approval of the fees and expenses incurred.

Client agrees to pay Attorney a retainer of $40,000 (the "Retainer"). The Retainer is an initial payment against fees and expenses incurred and to be incurred after the filing of the Chapter 11 petition. All fees and expenses incurred prior to the filing of the petition (including the Chapter 11 filing fee of $1,039) must be paid in full (from funds other than the Retainer) before the petition can be filed. The Retainer will be deposited in Attorney's client trust account and applied to fees and expenses as they are incurred, subject to any required court approval. Once the accumulated hourly fees and expenses exceed the initial payment, Client will be responsible to Attorney for paying those additional charges. If upon termination of Attorney's services, the accumulated hourly fees and expenses are less than the initial payment, or if the court does not approve accumulated fees and expenses equal to or greater than the amount of the initial payment, Attorney will refund the excess portion to Client. Attorney agrees to bill Client at its usual hourly rates in effect at the time the services are performed and Client agrees to pay those fees and any costs and expenses incurred or advanced when due, subject to any court approval that may be required. Attorney will account for time and expenses incurred with such fees and expenses to be credited against the initial payment and any excess will be paid by Client from its other funds.

Client agrees and understands that he must obtain authority to use the cash and other funds generated from operation of ERP Link Corporation in order to pay the administrative and operating expenses that will accrue during the Chapter 11 proceeding, including Attorney's fees and expenses.

The funds constitute the "cash collateral" of Walt Weyler, (the "Lender"), and cannot be used without the Lender's consent or an order of the Bankruptcy Court. If the Lender does not consent, and the Bankruptcy Court does not enter an order authorizing the use of the Lender's cash collateral despite the Lender's objection, the case will need to be immediately converted to a Chapter 7 proceeding or dismissed, and Client agrees to cooperate with Attorney in obtaining conversion or dismissal of the case. Upon conversion or dismissal of the case, Attorney will have no obligation to continue representing Client unless Client and Attorney agree to such continued representation, and an agreement is reached between Client and Attorney for payment of all fees and expenses incurred following conversion or dismissal of the case.

Client further understands that all administrative expenses incurred during the Chapter 11, including the Attorney's fees and expenses, and the fees and expenses of all other professionals approved by the court (e.g., the creditors committee attorney, accountants, appraisers, etc.) must be paid in full in order to confirm a plan of reorganization, unless the professionals voluntarily agree to other treatment. Therefore, if the administrative expenses exceed the amounts that can be paid from use of the Lenders' cash collateral, Client will need to obtain another source of funding to pay the administrative expenses. If Client is unable to do so, it will likely prevent confirmation of Client's plan of reorganization and the case will have to be converted to Chapter 7 or dismissed.

As set forth elsewhere in this Agreement, Attorney shall have the option to require Client to perform various mailings and advance other significant costs as they become due from Client's ongoing income. In addition to the foregoing hourly rates, Client agrees to be responsible for payment of all costs incurred or advanced by Attorneys in representing Client. Examples of such costs include filing fees, court reporter fees, long-distance telephone, and photocopies (whether made in Attorney's office or an outside printing service).

A quarterly fee based on the Client's disbursements is assessed by the Office of the United States Trustee on all Chapter 11 debtors. Client is responsible for payment of the quarterly fees. If Client is unable to pay such fees, the case will be converted or dismissed.

Client has been informed and acknowledges that Attorney has no responsibility to hire or pay outside professionals such as special counsel, appraisers, accountants, bookkeepers, or expert witnesses, unless satisfactory arrangements are made with Attorney in advance for payment of such outside professionals. All such outside professionals must be approved by the Bankruptcy Court before starting work or the Court may deny payment to the professional. It is likely that Client will need to hire appraisers to determine the value of his real estate holdings and also an accountant during the case.

Client acknowledges he has been informed of the Court's rule requiring the filing of a monthly financial report (Rule 2015 Report) on the Court's form by the 15th business day of each month. Client assumes all responsibility for completing the form and delivering it to Attorney's office by the 15th day of the month. Failure to timely file these reports can result in dismissal of the Chapter 11 proceeding.

Attorney assumes no responsibility for advancing the costs of major mailings in the case. Client acknowledges that Attorney has advised Client that there could be several major mailings during the course of a Chapter 11 case and that the costs of printing and postage for such mailings are significant costs. Client may be required to send documents to each of Client's creditors in connection with each such mailing. Client agrees to pay mailing costs in advance of such mailings directly to the company that will be performing such mailings. Client agrees it will pay such costs directly from its own funds.

Client agrees to cooperate with Attorney, to complete all forms requested by Attorney, and to provide Attorney with all information necessary to enable Attorney to represent Client's best interests. If Client declines to cooperate, or knowingly provides Attorney with false or fraudulent information, or testifies untruthfully in any matter before the Court, Client agrees that Attorney has the right to immediately resign.

If permitted by law, should either party find it necessary to take steps to enforce this Agreement, the costs of doing so, including reasonable attorneys' fees before trial, at trial, or after appeal, as determined by the court, will be borne by the losing party.

Client acknowledges that Attorney has advised that under the rules of the Bankruptcy Court, Attorney has the right to submit an application for payment of fees to the Court in accordance with the Court's rules, which may be done as frequently as the Bankruptcy Court rules permit. Unless the Bankruptcy Court allows more frequent applications, the Court currently considers applications three times per year.

ATTORNEY DOES NOT UNDERTAKE TO GIVE CLIENT TAX ADVICE. CLIENT AGREES TO CONSULT ITS OWN ACCOUNTANT OR COMPETENT TAX COUNSEL WITH RESPECT TO ALL TAX ISSUES.

Client understands and agrees that Attorney has agreed to represent only Client and not any individual of the company, including Eric Anderson. It is a possibility that Mr. Anderson may need to seek his own legal counsel regarding his financial situation as guarantor of many of the Client's debts or otherwise, and could possibly need to file a petition in bankruptcy. Attorney can refer Mr. Anderson to other counsel upon request and Attorney has advised Mr. Anderson that he will need to obtain his own counsel.

DATED: July 3 , 2011.

CLIENT:

ERP Link Corporation
J. Eric Anderson, President

ATTORNEY:    SUSSMAN SHANK LLP

By:
Howard M. Levine
Partner

Attachments:

A.    Terms of Representation
B.    Hourly Rates

F:\CLIENTS\21470\001\L-CHAPTER 11 FEE AGREEMENT.DOC

**3 - BANKRUPTCY ATTORNEY CLIENT FEE AGREEMENT**



A T T O R N E Y S   A T   L A W

## TERMS OF REPRESENTATION

Sussman Shank LLP is pleased to have the opportunity to represent ERP Link Corporation. From the outset and throughout our relationship with you, it is essential that we maintain a mutual and open line of communication. In order to assist that process, we are providing you with the following information about our standard client service practices and billing procedures. These practices and procedures will apply to our statements for legal services performed on your behalf unless you have reached a different written understanding with us.

## STAFFING ASSIGNMENTS FOR YOUR LEGAL REPRESENTATION

One lawyer will generally be assigned primary responsibility for seeing that your legal needs are met. When appropriate, additional lawyers may from time to time assist in providing legal services. We attempt to assign lawyers and other personnel on the basis of experience, expertise, nature and scope of the issues, and the time constraints imposed by the matter. This is done to provide you with the highest level of expertise and to provide prompt attention to your matter, while also attempting to minimize the cost to you. Our office also utilizes law clerks, paralegals and legal secretaries to perform routine legal services, such as information gathering, form preparation and legal research, which would otherwise have to be performed by a lawyer. These services are billed at substantially lower rates.

## BASIS FOR FEES

Our fees for a particular matter are based upon a variety of factors, depending on the nature of your case. The principal factor is time spent on the matter. You should expect to be charged for all time expended on your behalf, from the initial consultation through the conclusion of the project, including office conferences, telephone discussions, correspondence (including E-mails), review of documents and correspondence, research, travel time, and any other time expended on your behalf.

In some instances, other factors in addition to time may be appropriate in determining the basis for your fees. These can include the novelty and difficulty of questions involved, the experience and abilities of the lawyers rendering the services, the amount at issue, the results obtained, and time limitations imposed by you or by the circumstances of the matter. Conversely, there are cases in which other factors such as the result, the relatively small size, or other considerations will justify our charges being less than the normal hourly rate times the amount of time spent.

Hourly rates of our lawyers and legal assistants reflect fees generally charged in the area and the lawyers' experience and expertise. These rates are subject to periodic adjustment and are typically adjusted at the beginning of each fiscal year, October 1st. A statement of rates is available at any time upon your request.

## COSTS AND EXPENSES

We may, at your request, provide you with an estimate of the cost of legal services in your case. We will do our best to provide an accurate estimate, but in any legal matter, circumstances may arise that will cause the cost to exceed the estimate, sometimes by a substantial amount. Our estimate will be a good faith effort to provide you with a figure for planning purposes. It is not a guarantee or an agreement on our part to provide the agreed on legal services for no more than the estimate. Our firm may advance or incur certain costs and expenses that will be charged to you. Such charges include court filing fees, deposition expenses, title company reports, long distance telephone charges, photocopying, printing, computerized legal research, travel expenses, messenger services, project staff, secretarial overtime, postage, and similar costs. Some costs and expenses (such as telephone and duplication) may be charged at a higher rate than the actual amount incurred. Although all such expenses are your responsibility and we assume no liability for payment, for administrative ease we may advance payment to these providers if your account is current. When the amounts due are large, however, we may forward invoices to you for direct payment. We will consult with you prior to entering into any commitments for any substantial expense items, regardless of which of us will be billed by the provider of the service.

## RETAINER

We may request that you provide a retainer to our firm prior to our providing services. Any retainer will be held in trust for you. We are required by the Oregon Supreme Court to participate in the Interest on Lawyer Trust Account (IOLTA) program. Under this program, interest on funds deposited in our trust account is paid to the Oregon Legal Foundation, a nonprofit organization which provides pro bono legal services. Unless otherwise agreed in writing, when we issue statements for our services, the amount billed will be paid to the firm from that retainer at the time the statement is mailed to you. If after you receive our statement you disagree with any amounts charged against the retainer, please contact us immediately. At the conclusion of our representation of you, any unexpended retainer will be refunded to you. If we do not initially request a retainer, we may later request that a retainer be provided. Also, we may request that the retainer be replenished or increased.

## MONTHLY INVOICES

Our firm bills on a monthly basis. Our monthly billing cycle ends on the 20th of each calendar month and bills are mailed approximately 2 weeks later. Our statements are payable upon receipt. If we are representing more than one person or entity, each of you are jointly and severally liable for the full amount billed. Other billing arrangements are possible but must be specifically provided for in a written agreement. A Statement of Account will be forwarded to you automatically each month if you have any outstanding invoices. Any amount due over sixty days will be reviewed by firm management, who may contact you.

## DELINQUENT ACCOUNTS

Our law firm, like other businesses, has substantial cash demands that require us to expect client accounts to be paid promptly on receipt or in accordance with another agreed payment schedule.  In the event an account becomes delinquent, the firm employs the same prudent collection procedures used by other businesses to ensure the vast majority of the firms clients who do pay their bills promptly are not penalized for the additional cost attributable to delinquent bills.  Unless we agree otherwise in writing, or unless we are representing you in a matter which is primarily for personal, family, or household purposes, a 1.25% per month compounded monthly late fee for accounts over 31 days past due may, in our discretion, be charged.  If any suit or action, arbitration or other proceeding is commenced to collect attorney fees, costs, or other charges from you, the prevailing party shall be entitled to an award against the other party for the prevailing party's reasonable attorney fees and related costs, including expert witness fees, incurred at both the trial and appellate court levels.

## CONFLICTS OF INTEREST

We have performed a name check of our other clients to see if our representing you creates a conflict of interest for our firm.  That check was done using your name and the other names you gave us before we commenced working with you.  Please inform us immediately if you use other names, have affiliated companies, or if there are others with involvement in this matter so that we may enter those into our conflicts system.  Failure to do so may prevent us from discovering a conflict which, as discussed later, may disqualify us from continuing to represent you and cause considerable inconvenience and expense.

## TERMINATION OF SERVICES

You may terminate your attorney-client relationship with our firm at any time, subject to the payment of our then outstanding fees and costs.  Similarly, we retain the right to cease performing legal services and terminate our representation of you for any reason consistent with the applicable ethical rules, including conflicts of interest or delinquency or nonpayment of legal fees and expenses incurred on your behalf.  In the event of termination, the law provides us with the right to obtain a lien upon any of your documents in our possession at the time of termination or upon the proceeds of any judgment or settlement entered in your favor until payment in full of your account is received.

## TAX ADVICE

The matters we handle for you may have tax implications. Usually, clients obtain tax advice from their accountants and we will assume that your accountant will be providing you with that tax advice. If you wish, one of our tax attorneys can provide you with tax advice as well. Please advise us in writing if you wish for us to provide you with tax advice as part of our representation.

## COMMUNICATION

We value our professional relationship with you.  Most often, problems can be avoided if there is full and candid communication between us.  Our goal is to ensure that legal services are delivered effectively, efficiently and professionally.  We also take care to provide you with billings that are accurate and understandable.  If we are meeting our goal of keeping you informed about the legal work we are doing, our billing should merely reflect and confirm work which you already know we have done.  Nevertheless, you should feel free to direct any questions about services, billing practices, or payment status to the lawyer responsible for your account, to our Administrator or to our accounting department.

No one can guarantee the security of cell phones and e-mail.  If you choose to converse with us that way, be aware of the dangers of being overheard or of having your communication intercepted.  We will not call you on a cell phone and will not use e-mail without your permission.  If you give us a cell phone number or we receive e-mail from you, we will assume we may respond by e-mail or by cell phone.

## PRIVACY NOTICE

In the course of our relationship with you, it may be necessary to collect personal information from you to provide certain legal services.  The confidentiality of this information is ensured by our adherence to the highest professional standards of confidentiality and the rules of governing attorney-client confidences.  These rules generally prohibit us from disclosing confidential information without your consent.

### Types of Nonpublic Personal Information We May Collect

We may collect nonpublic personal information about you that is provided to us by you or obtained by us with your authorization.

### Parties to Whom We Disclose Information

For all clients, we do not disclose any nonpublic personal information obtained in the course of our practice except as necessary to provide you with legal and related services.  For instance, our staff may have access to your nonpublic personal information in order for us to efficiently provide you with the legal services you have requested.  In some situations we may provide information to another organization (such as your accountant, your realtor, or insurance company) in order to obtain information or assist in providing the legal services you have requested.  In all such situations, we stress the confidential nature of information being shared.

**Protecting the Confidentiality and Security of Current and Former Clients' Information**

We retain records relating to professional services you have asked us to provide.  In order to protect the confidentiality of your nonpublic personal information, we maintain physical, electronic and procedural safeguards that comply with the Code of Professional Responsibility that governs our profession.  Please call us with any questions that you have about protecting your privacy, (503) 227-1111.

**CLOSING**

On conclusion of this matter we will write to you advising you that we have concluded our work. In closing your file, we will return any original copies of personal documents that you may have provided to us and archive your file for 10 years.  At the end of that 10-year period, we will destroy the file without notice to you unless there is some reason to retain it further.

F:\FORMS\TERMS OF REPRESENTATION LETTERS\TERMS OF REPRESENTATION.DOC

# FIRM RESOURCE DIRECTORY

## BILLING RATES

### FY 2010/2011  BILLING RATES

| Timekeeper Codes | Timekeeper | Standard Hourly Rate |
|---|---|---|
| | **Partners:** | |
| BPC | Barry P. Caplan | 450 |
| JRS | Jeffrey R. Spere | 360/375 |
| HML | Howard M. Levine | 450 |
| JCM | Jeffrey C. Misley | 430 |
| JEM | John E. McCormick | 345/370 "Tax" |
| MGH | Michael G. Halligan | 350 |
| RLC | Robert L. Carlton | 430 |
| TWS | Thomas W. Stilley | 430 |
| KLC | Nena Cook | 330 |
| GWM | Skip W. McKallip Jr. | 330 |
| SSF | Susan S. Ford | 415 |
| DDH | Darin D. Honn | 340/360 "IP" |
| JST | Jeffrey S. Tarr | 340/375 "Tax" |
| JWA | Jason W. Alexander | 300 |
| RWN | Robert W. Nunn | 340/350 "Tax" |
| JAS | John A. Schwimmer | 410 |
| WGF | William G. Fig | 250 |
| EAS | Elizabeth A. Semler | 275 |
| HAK | Heather A. Kmetz | 285/330 "Tax" |
| | **Special Counsel:** | |
| MDL | Michael D. Levelle | 285 |
| HMH | Harry M. Hanna | 345/375 "Tax" |
| MPM | Martin P. Meyers | 375 |
| JDB | Jeff D. Brecht | 250 |
| AJB | Aaron J. Besen | 360 |
| | **Associates:** | |
| LRH | Laurie R. Hager | 250 |
| DGT | Dallas G. Thomsen | 255/280 "IP/Tax" |
| PGR | Patrick G. Rowe | 270 |
| DRM | Dustin R. Moyes | 235 |
| GSA | Gabriela Sanchez | 240 |
| TAS | Timothy A. Solomon | 285 |
| JFM | James F. Marron | 260 |
| DCB | D. Chrstopher Burdett | 275 |

As of March 4, 2011

# FIRM RESOURCE DIRECTORY

### BILLING RATES

**Paralegals:**

| | | |
|---|---|---|
| BJB | Brandon J. Battaglini | 115 |
| MWB | Michelle W. Bodenheimer | 135 |
| MLD | Michelle L. Dolan | 185 |
| MPG | Majesta P. Gruetzmacher | 165 |
| JCH | Juliette C. Horwitz | 150 |
| KLM | Kathryn L. Maggio | 130 |
| KAM | Kathy A. Moody | 185 |
| MJJ | Mary Jo Smith | 175 |
| TLW | Teresa L. Whitcomb | 160 |

**Legal Assistants:**          95

As of March 4, 2011

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Oregon

In re    **ERP-Link Corp** _____,    Case No. _____
                                    Debtor

                                                                    Chapter_____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 199,551.70 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 280,090.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 7 | | 352,672.36 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 27 | | 1,374,048.97 | |
| G - Executory Contracts and Unexpired Leases | Yes | 11 | | | |
| H - Codebtors | Yes | 2 | | | |
| I -  Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J -  Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 53 | | | |
| Total Assets | | | 199,551.70 | | |
| Total Liabilities | | | | 2,006,811.33 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## District of Oregon

In re    **ERP-Link Corp**                   ,    Case No. _____

                            Debtor       Chapter _____**11**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re  **ERP-Link Corp**
_____ ,     Case No. _____
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  | | | Sub-Total >        **0.00** | (Total of this page) |
|  | | | Total >        **0.00** | |
|  | | | (Report also on Summary of Schedules) | |

__0__  continuation sheets attached to the Schedule of Real Property

B6B (Official Form 6B) (12/07)

.

In re    **ERP-Link Corp**
_____,    Case No. _____
                            Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Petty Cash** | - | 0.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Key Bank Checking Account ********2869** | - | 20,917.70 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Valley Forge Insurance Policy, Supplemental Property Insurance Policy Number: B 4024506557** | - | Unknown |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >          **20,917.70**
(Total of this page)

__3__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **ERP-Link Corp**                                                      ,    Case No. _____
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Total invoiced amounts for customers software licenses and services** | - | 162,339.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **VAT Refund from kingdom of Saudi Arabia held in KSA** | - | 1,295.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >        163,634.00
(Total of this page)

Sheet  __1__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **ERP-Link Corp** _____ ,    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Total for computer software developed by company - Replacement Value: $2,535,000 Location: 510 SW 5th Avenue, Suite 200, Portland OR 97204** | - | **Unknown** |
| | | **Copyright Registrations - ERP-Link Software** | - | **0.00** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | **Companies' customer list and marketing lists of potential customers Location: 510 SW 5th Avenue, Suite 200, Portland OR 97204** | - | **Unknown** |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Servers and desktop computers** | - | **13,000.00** |
| | | **Office furniture** | - | **1,500.00** |
| | | **Office Supplies** | - | **500.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >        **15,000.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **ERP-Link Corp**
_____ ,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | |
|---|---|
| Sub-Total > (Total of this page) | 0.00 |
| Total > | 199,551.70 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re __**ERP-Link Corp**_____,  Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Walter Weyler, Jr.**<br>**2135 SW Altadina Ct.**<br>**Portland, OR 97219** | - | | **Promissory Note**<br><br>**UCC Financing Statemet - Assets of Company**<br><br>Value $      **176,712.00** | | X | X | **280,090.00** | **103,378.00** |
| Account No.<br><br><br><br> | | | <br><br>Value $ | | | | | |
| Account No.<br><br><br><br> | | | <br><br>Value $ | | | | | |
| Account No.<br><br><br><br> | | | <br><br>Value $ | | | | | |

| | | |
|---|---|---|
| __0__ continuation sheets attached | Subtotal<br>(Total of this page) | **280,090.00** | **103,378.00** |
| | Total<br>(Report on Summary of Schedules) | **280,090.00** | **103,378.00** |

B6E (Official Form 6E) (4/10)

In re **ERP-Link Corp** _____, Case No. _____

*Debtor*

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                                Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re **ERP-Link Corp** _____ , Case No. _____

_Debtor_

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community / H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Contract Employee - Wages Owed | | | | | |
| Christopher Kruell PO Box 10061 Portland, OR 97296 | | - | | | | | | 32,625.00 |
| | | | | | | | 44,350.00 | 11,725.00 |
| Account No. | | | 1 bi-weekly Salary | | | | | |
| Eli Jones 857 N Winchell St Portland, OR 97217 | | - | | | | | | 0.00 |
| | | | | | | | 3,962.31 | 3,962.31 |
| Account No. | | | Contract Employee - Wages | | | | | |
| Gustavo Velez 29540 SW Courtside Unit 7 Wilsonville, OR 97070 | | - | | | | | | 2,500.00 |
| | | | | | | | 2,500.00 | 0.00 |
| Account No. | | | Base Salary | | | | | |
| John Eric Anderson 2796 SW Montgomery Portland, OR 97201 | | - | | | | | | 77,175.00 |
| | | | | | | | 88,900.00 | 11,725.00 |
| Account No. | | | Contract Employee - Wages | | | | | |
| John Kallen Consult, AB Fleminggtan 55 Stockholm, SW 11232 | | - | | | | | | 88,000.00 |
| | | | | | | | 88,000.00 | 0.00 |

Sheet __1__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 200,300.00 |
| (Total of this page) | 227,712.31 | 27,412.31 |

B6E (Official Form 6E) (4/10) - Cont.

In re **ERP-Link Corp**                                                      Case No. _____
                                                                    ,
                                          **Debtor**

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Josef Leicht**<br>**7400 SW Barnes Road**<br>**Portland, OR 97225** | - | | **6 Months Missed Salary & bonuses** | | | | 63,600.00 | 51,875.00<br><br>11,725.00 |
| Account No.<br><br>**Paul Selinger**<br>**45 Gotthard St. #66**<br>**Newark, NJ 07105** | - | | **2 Months wages** | | | | 12,852.00 | 1,127.00<br><br>11,725.00 |
| Account No.<br><br>**Todd Mackey**<br>**226 Hill Ct.**<br>**Castle Rock, CO 80104** | - | | **3 years annual bonus and 1 month salary** | | | X | 42,100.00 | 42,100.00<br><br>0.00 |
| Account No.<br><br><br><br> | | | | | | | | |
| Account No.<br><br><br><br> | | | | | | | | |

Sheet __2__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| 95,102.00 |
| --- |
| 118,552.00 | 23,450.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **ERP-Link Corp**                                                      ,    Case No. _____

_____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | Precautionary | | | | | |
| **Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346** | - | | | | | | | 0.00 | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| **The Attorney General of USA Department of Justice 10th & Constitution NW Washington, DC 20530** | | | | Representing: Internal Revenue Service | | | | **Notice Only** | |
| Account No. | | | | Taxes - Precautionary | | | | | |
| **Internal Revenue Service MS240 100 SW Main St, Suite 1200 Portland, OR 97204-2871** | - | | | | | | | 0.00 | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| Account No. | | | | Precautionary | | | | | |
| **Oregon Dept of Revenue ODR Bankruptcy 955 Center Street, NE #353 Salem, OR 97310** | - | | | | | | | 0.00 | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| **Oregon Attorney General Department of Justice 1162 Court St NE Salem, OR 97301** | | | | Representing: Oregon Dept of Revenue | | | | **Notice Only** | |

Sheet __3__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 0.00 | 0.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re **ERP-Link Corp** _____,  Case No. _____
                                     Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Income Taxes | | | | | | |
| State of California Franchise Tax Board PO Box 2952 Sacramento, CA 95812-2952 | - | | | | | X | | 0.00 | |
| | | | | | | | 3,833.05 | | 3,833.05 |
| Account No. | | | | | | | | | |
| Consumer Law, Attn: Bankruptcy CA Atty General Office 455 Golden Gate Ave. Ste 11000 San Francisco, CA 94102 | | | Representing: State of California | | | | Notice Only | | |
| Account No. | | | Precautionary | | | | | | |
| State of Colorado Department of Revenue 1375 Sherman St. Denver, CO 80261 | - | | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| Office of the Attorney General Colorado 1525 Sherman St. 7th Floor Denver, CO 80203 | | | Representing: State of Colorado Department | | | | Notice Only | | |
| Account No. | | | Precautionary | | | | | | |
| State of Florida 5050 West Tennessee St Tallahassee, FL 32399 | - | | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |

Sheet __4__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 3,833.05 | 3,833.05 |

B6E (Official Form 6E) (4/10) - Cont.

In re  **ERP-Link Corp**
_____,    Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| **Office of Attorney General State of Florida The Capital L-01 Tallahassee, FL 32399-1050** | | | Representing: State of Florida | | | | **Notice Only** | | |
| Account No. | | | Employer Tax Returns | | | | | **0.00** | |
| **State of New Jersey PO Box 929 Trenton, NJ 08646-0929** | - | | | | | X | **8.00** | | **8.00** |
| Account No. | | | | | | | | | |
| **Office of the Attorney General State of New Jersey PO Box 080 Trenton, NJ 08625-0080** | | | Representing: State of New Jersey | | | | **Notice Only** | | |
| Account No. | | | Employer Taxes | | | | | **0.00** | |
| **State of New York PO Box 1909 Albany, NY 12201-1909** | - | | | | | X | **1,332.00** | | **1,332.00** |
| Account No. | | | | | | | | | |
| **Office of the Attorney General The Capital Albany, NY 12224-0341** | | | Representing: State of New York | | | | **Notice Only** | | |

Sheet **5** of **6** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **0.00** | |
| **1,340.00** | **1,340.00** |

B6E (Official Form 6E) (4/10) - Cont.

In re  **ERP-Link Corp**                                                              ,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No.  **State of South Carolina 301 Gervais St. PO Box 125 Columbia, SC 29214** | - | | | **Employer Tax Returns** | | | X | 1,235.00 | 0.00  1,235.00 |
| Account No.  **The Honorable Alan Wilson Attorney Generals Office PO Box 11549 Columbia, SC 29211** | | | | **Representing: State of South Carolina** | | | | **Notice Only** | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __6__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | |
| | 1,235.00 | 1,235.00 |
| Total | 295,402.00 | |
| (Report on Summary of Schedules) | 352,672.36 | 57,270.36 |

B6F (Official Form 6F) (12/07)

In re    **ERP-Link Corp**                                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**5th & Washington, LLC**<br>**510 SW 5th Ave**<br>**Portland, OR 97201** | - | | **Office Space Rent** | | | X | 15,000.00 |
| Account No.<br><br>**Aberdeen Group**<br>**A Harte Hanks Co.**<br>**PO Box 911936**<br>**Dallas, TX 75391** | - | | **Services** | | | | 6,500.00 |
| Account No.<br><br>**Aditi**<br>**2002 156th Ave NE**<br>**Bellevue, WA 98007** | - | | **Services** | | | | 4,000.00 |
| Account No. **xxxx xxxx xxxx 9016**<br><br>**Advanta Bank Corp.**<br>**PO Box 8088**<br>**Philadelphia, PA 19101-8088** | - | | **Credit card purchases** | | | | 14,984.00 |

| | |
|---|---|
| __26__ continuation sheets attached | |
| Subtotal (Total of this page) | 40,484.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re **ERP-Link Corp**
_____,     Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx xxxx xx x4001** | | | Credit card purchases | | | | |
| **American Express** PO Box 981535 El Paso, TX 79998-1535 | X | - | | | | | 9,718.82 |
| Account No. **xxxx xxxx xx x1009** | | | Credit card purchases | | | | |
| **American Express** PO Box 981535 El Paso, TX 79998-1535 | X | - | | | | | 11,614.00 |
| Account No. **xxxx xxxx xx x2002** | | | Credit card purchases | | | | |
| **American Express** PO Box 981535 El Paso, TX 79998-1535 | X | - | | | | | 16,694.63 |
| Account No. | | | Services | | | | |
| **Answernet Portland** 333 SW 5th Ave Portland, OR 97204 | | - | | | | X | 356.00 |
| Account No. | | | Series A Stock: 114,286 shares | | | | |
| **Art Fleming** 2332 NE Schuyler #25 Portland, OR 97212 | | - | | | | | Unknown |

Sheet no. __1___ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **38,383.45**

B6F (Official Form 6F) (12/07) - Cont.

In re **ERP-Link Corp**                                                          ,          Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Attorneys fees | | | | |
| **Ater Wynne LLP** **1331 NW Lovejoy Street** **Suite 900** **Portland, OR 97209-3280** | | - | | | | X | 40,116.00 |
| Account No. **xxxx xxxx xxxx 7986** | | | Credit card purchases | | | | |
| **Bank of America** **PO Box 15026** **Wilmington, DE 19850-5026** | X | - | | | | | 5,896.00 |
| Account No. **xxxx xxxx xxxx 1605** | | | Credit card purchases | | | | |
| **Bank of America** **PO Box 15026** **Wilmington, DE 19850-5026** | X | - | | | | | 16,257.00 |
| Account No. | | | Royalty/ Dividends | | | | |
| **Battle Mountain Properties** **662 N. 2600 W.** **Mesquite, NV 89027** | | - | | | | X | 29,391.00 |
| Account No. | | | Common and Series C Stock: 11,000 shares | | | | |
| **Bill & Candace Seidel** **Seidel Real Estate LLC** **3177 E Broken Rock Way** **Washington, UT 84780** | | - | | | | | Unknown |

Sheet no. __2__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    91,660.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **ERP-Link Corp**
_____,   Case No. _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Bill Seidel**<br>**3177 E Broken Rock Way**<br>**Washington, UT 84780** | | - | **Royalty/ Dividends** | | | X | **5,963.00** |
| Account No.<br><br>**Blaine H. Cameron**<br>**Morgan Stanley DW, Inc.**<br>**1698 N. Sonoran Drive**<br>**St. George, UT 84770** | | - | **Series B Stock: 11,250 shares** | | | | **Unknown** |
| Account No.<br><br>**Bullivant Houser Bailey**<br>**1601 5th Ave**<br>**Seattle, WA 98101** | | - | **Attorney Fees** | | | | **1,200.00** |
| Account No. **xxxx xxxx xxxx 0370**<br><br>**Capital One Bank**<br>**PO Box 60599**<br>**City of Industry, CA 91716-0599** | X | - | **Credit card purchases** | | | | **6,146.69** |
| Account No. **xxxx xxxx xxxx 1442**<br><br>**Capital One Bank**<br>**PO Box 60599**<br>**City of Industry, CA 91716-0599** | X | - | **Credit card purchases** | | | | **8,446.00** |

Sheet no. __3__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**21,755.69**

B6F (Official Form 6F) (12/07) - Cont.

In re **ERP-Link Corp**                                              ,        Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Series B Stock: 11,250 shares | | | | |
| Carol A. Miller or Jack Miller Trustee of the Carol A. Miller 4736 Keswick Ct. Gladwin, MI 48624 | | - | | | | | Unknown |
| Account No. **xxxx xxxx xxxx 8371** | | | Credit card purchases - Multiple Accounts | | | | |
| Chase Cardmember Service PO Box 94014 Palatine, IL 60094-4014 | X | - | | | | | 40,287.00 |
| Account No. | | | Series A Stock: 128,572 shares | | | | |
| Christine A. Dillion Rev Trust c/o Christine A. Dillon 37778 Siena Drive Farmington Hills, MI 48331 | | - | | | | | Unknown |
| Account No. **xxxx xxxx xxxx 8592** | | | Credit card purchases | | | | |
| Citi PO Box 6500 Sioux Falls, SD 57117-6500 | X | - | | | | | 21,777.72 |
| Account No. | | | Services | | | | |
| Connected 26716 N 20th Lane Phoenix, AZ 85085 | | - | | | | | 600.00 |

Sheet no. __4___ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

62,664.72

B6F (Official Form 6F) (12/07) - Cont.

In re   **ERP-Link Corp**                                                                  ,   Case No. _____
                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | Husband, Wife, Joint, or Community | | | | |
| Account No. | | | Series B Stock: 2,000 shares | | | | |
| **Conrad Evan Karwall** **c/o Catherine Leigh Karwall** **912 168th Ave SE** **Bellevue, WA 98008** | - | | | | | | **Unknown** |
| Account No. | | | Series B Stock: 2,000 shares | | | | |
| **Courtney Ambrose Karwall** **c/o Catherine Leigh Karwal** **912 SE 168th Ave SE** **Bellevue, WA 98008** | - | | | | | | **Unknown** |
| Account No. | | | Series B Stock: 11,250 shares | | | | |
| **David A. Drown & Jean H. Drown** **Joint Tenancy Right Survivor** **1160 W. Bloomington Dr., So.** **St. George, UT 84790** | - | | | | | | **Unknown** |
| Account No. | | | Common Stock: 45,000 shares | | | | |
| **David E. Neathery** **#8 Summer Sky Circle** **Rancho Mirage, CA 92270** | - | | | | | | **Unknown** |
| Account No. | | | Common Stock: 21,400 shares | | | | |
| **David L. Heebner** **N 2688 Grove Road** **Lodi, WI 53555** | - | | | | | | **Unknown** |

Sheet no. __5__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                     **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **ERP-Link Corp**                                                      ,          Case No. _____
_____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Series B Stock: 22,222 shares | | | | |
| David V. and Sharon F. Hanes 2235 S 1400 E #19 St. George, UT 84790 | | - | | | | | | | Unknown |
| Account No. | | | | | Series B Stock: 8,333 shares | | | | |
| Dawn Aronoff 864 Barclay Street Troy, MI 48098 | | - | | | | | | | Unknown |
| Account No. | | | | | Common and Series C stock: 8,500 shares | | | | |
| Dawn Aronoff and Jeffrey Klein 864 Barclay Ct. Troy, MI 48085 | | - | | | | | | | Unknown |
| Account No. | | | | | Series A Stock: 28,626 shares | | | | |
| Delaney A. Dillon UTMA/OR c/o Denise A. Dillion 1961 Twin Sun Circle Walled Lake, MI 48390 | | - | | | | | | | Unknown |
| Account No. | | | | | Common and Series A stock: 272,730 shares | | | | |
| Denise M. Dillon 1961 Twin Sun Circle Walled Lake, MI 48390 | | - | | | | | | | Unknown |

Sheet no. __6__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re __**ERP-Link Corp**_____ ,    Case No. _____
                                    **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Promissory Notes/ Bridge Fund Loan | | | | |
| Douglas D. Sater 826 Bandolier Lane Washington, UT 84780 | - | | | | | | 33,345.00 |
| Account No. | | | Series B and C Stock: 42,000 shares | | | | |
| Douglas D. Sater Mary P. Sater 826 Bandolier Lane Washington, UT 84780 | - | | | | | | Unknown |
| Account No. | | | Series B and C Stock: 42,400 Shares | | | | |
| Douglas D. Sater Mary P. Sater 826 Bandolier Lane Washington, UT 84780 | - | | | | | | Unknown |
| Account No. | | | Royalty/ Dividends | | | | |
| Ed Brown 701 16th Ave N. Creston, BC Canada, VOB IG5 | - | | | | | X | 14,974.00 |
| Account No. | | | Series C Stock: 22,500 shares | | | | |
| Ed Brown Albert, Inc. 701 16th Ave N. Creston, BC Canada, VOB IG5 | - | | | | | | Unknown |

Sheet no. __7__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

48,319.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **ERP-Link Corp**
_____ ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Promissory Note | | | | |
| Ed Taylor 6662 Sky Mountain Blvd. Hurricane, UT 84737 | - | | | | | | | 5,000.00 |
| Account No. | | | | Series B and C Stock: 34,223 shares | | | | |
| Eddy J. or Ruth Taylor 662 N 2600 W Hurricane, UT 84737 | - | | | | | | | Unknown |
| Account No. | | | | Common Stock: 145,000.00 Shares | | | | |
| Estate of Nick Allen 911 Marsh Dunes Rd. Fripp Island, SC 29920 | - | | | | | | | Unknown |
| Account No. | | | | Series A Stock: 20,000 shares | | | | |
| F. Brian Bogden 4760 Fairgrove Lane Commerce, MI 48382 | - | | | | | | | Unknown |
| Account No. | | | | Bridge Fund/ Operating Loan, Promissory Note | | | | |
| Farell Petersen 1112 Goldenrod Circle St. George, UT 84790 | - | | | | | | | 68,260.00 |

Sheet no. __8___ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

73,260.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **ERP-Link Corp**                                                    ,    Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Royalty/ Dividends | | | | |
| **Farell Petersen** **1112 Goldenrod Circle** **St. George, UT 84790** | | | - | | | | | X | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | Series C Stock: 45,000 shares | | | | |
| **Farrell Petersen** **1112 Goldenrod Circle** **St. George, UT 84790** | | | - | | | | | | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | Comon Stock: 17,000 shares | | | | |
| **Foisy Holdings, LLC** **PO Box 1801** **Saint George, UT 84771** | | | - | | | | | | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | Services | | | | |
| **GDS Publishing** **40 Wall Street, 5th Floor** **New York, NY 10005** | | | - | | | | | | |
| | | | | | | | | | **10,500.00** |
| Account No. | | | | | Common Stock: 75,000 shares | | | | |
| **Geert Rillaerts** **8200 Chapelle Ct.** **Las Vegas, NV 89131** | | | - | | | | | | |
| | | | | | | | | | **Unknown** |

Sheet no. __9___ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **10,500.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **ERP-Link Corp**
_____,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Geffen Mesher & Co. PC**<br>**888 SW 5th Ave.**<br>**Suite 800**<br>**Portland, OR 97204** | - | | Services | | | | 37,367.00 |
| Account No.<br><br>**Gerald Phillip Salloum**<br>**24174 Cecile**<br>**Dearborn Heights, MI 48127** | - | | Series A Stock: 20,000 shares | | | | **Unknown** |
| Account No.<br><br>**Gimmal Holdings LLC**<br>**24 Greenway Plaza**<br>**Suite 1000**<br>**Houston, TX 77046** | - | | Promissory Note | | | | 40,000.00 |
| Account No.<br><br>**Glenda C. Dick**<br>**68519 Paseo Soria**<br>**Cathedral City, CA 92234** | - | | Series B Stock: 27,778 shares | | | | **Unknown** |
| Account No.<br><br>**Guzzler's Investment Club**<br>**Attn: David Lehman**<br>**6719 Conestoga Drive**<br>**Lansing, MI 48917** | - | | Series B Stock: 42,983 shares | | | | **Unknown** |

Sheet no. __10__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **77,367.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **ERP-Link Corp**                                                                ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Bridge Fund/Operating Loan, Promissory Note | | | | |
| Hiram A. Smith 662 N. 2600 W. Mesquite, NV 89027 | | - | | | | | | 147,630.00 |
| Account No. | | | | Series C Stock: 74,500 shares | | | | |
| Hiram A. Smith PO Box 1299 Mesquite, NV 89027 | | - | | | | | | Unknown |
| Account No. | | | | Common Stock: 15,000 shares | | | | |
| Homer H. Kearns Patricia C. Kearns 828 Mumpi Court Ivins, UT 84738 | | - | | | | | | Unknown |
| Account No. | | | | Series B Stock: 35,000 shares | | | | |
| IRIS Ariston Fund A, LLC c/o Don Biggs Manage Director 1923 NW Kearney Portland, OR 97209 | | - | | | | | | Unknown |
| Account No. | | | | Series C Stock: 45,000 shares | | | | |
| J. Farrell & Karen A. Petersen Trustees u/a/d 3/29/92 1112 Golden Circle Saint George, UT 84790 | | - | | | | | | Unknown |

Sheet no. __11__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

147,630.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **ERP-Link Corp**                                                    ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | - | | Series A Stock: 10,000 shares | | | | |
| **Jacqueline Salloum Gaudino 49633 S. Glacier Northville, MI 48167** | | | | | | | | | **Unknown** |
| Account No. | | | - | | Promissory Note | | | | |
| **James & Denise Dillon 1961 Twin Sun Circle Walled Lake, MI 48390** | X | | | | | | | | **22,700.00** |
| Account No. | | | - | | Series B Stock: 15,000 shares | | | | |
| **James Leonard 2410 W. Entrada Trail, #50 St. George, UT 84770** | | | | | | | | | **Unknown** |
| Account No. | | | - | | Series A Stock: 57,143 shares | | | | |
| **James P. Dillon 225 Chanticleer Trail Lansing, MI 48917** | | | | | | | | | **Unknown** |
| Account No. | | | - | | Common and Series A Stock: 22,000 shares | | | | |
| **James P. Salloum Jennifer L. Salloum 12270 Glenview Plymouth, MI 48170** | | | | | | | | | **Unknown** |

Sheet no. __12__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        **22,700.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **ERP-Link Corp** _____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Series B Stock: 2,000 shares | | | | |
| Jeffrey Clark c/o Carol Lynn Emmerson 1880 Ochard Rd Hood River, OR 97031 | - | | | | | | Unknown |
| Account No. | | | Series C Stock: 4,000 shares | | | | |
| Jeffrey M. and Erin L. Neal JTWROS 2387 East Lake Drive St. George, UT 84790 | - | | | | | | Unknown |
| Account No. | | | Series B Stock: 27,778 shares | | | | |
| Jimmy D Grimm; Beverly J Grimm Trustee of Grimm Family Trust 578 West 2140 South Circle St. George, UT 84770-6107 | - | | | | | | Unknown |
| Account No. | | | Services | | | | |
| JMSI, Inc 269 South Beverly Dr PMB# 683 Beverly Hills, CA 90212 | - | | | | | X | 19,595.38 |
| Account No. | | | Operating Loan | | | | |
| John Eric Anderson 2796 SW Montgomery Portland, OR 97201 | - | | | | | | 171,913.00 |

Sheet no. __13__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **191,508.38**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                            Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **ERP-Link Corp** _____,  Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Common and Series A Stock: 3,559,416 shares | | | | |
| **John Eric Anderson<br>2796 SW Montgomery<br>Portland, OR 97201** | | - | | | | | **Unknown** |
| Account No. | | | Common Stock: 500,000 shares | | | | |
| **Josef Leicht<br>7400 SW Barnes Road<br>Portland, OR 97225** | | - | | | | | **Unknown** |
| Account No. | | | Series C Stock: 5,000 shares | | | | |
| **Keith A. Dickmann<br>Sandra J. Dickmann<br>63495 E. Cat Claw Lane<br>Tucson, AZ 85739-2063** | | - | | | | | **Unknown** |
| Account No. | | | Common Stock: 6,000 shares | | | | |
| **Kelly J. Olsen<br>321 N. Mall Drive #D101<br>St. George, UT 84790** | | - | | | | | **Unknown** |
| Account No. | | | Line of credit | | | | |
| **Key Bank<br>PO Box 5278<br>Boise, ID 83705-0278** | | - | | | | | **4,800.00** |

Sheet no. __14__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  |  **4,800.00**

B6F (Official Form 6F) (12/07) - Cont.

In re      **ERP-Link Corp**                                                                 ,      Case No. _____
_____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | - | | Line of credit | | | | |
| **Key Bank** **PO Box 5278** **Boise, ID 83705-0278** | | | | | | | | | **9,914.03** |
| Account No. **xxxx xxxx xxxx 9810** | X | | - | | Credit card purchases | | | | |
| **Key Bank/ US Bank** **Professional Services Inc.** **PO Box 1880** **Voorhees, NJ 08043** | | | | | | | | | **5,480.56** |
| Account No. **xxxx xxxx xxxx 9173** | X | | - | | Credit card purchases | | | | |
| **KeyBank Card Service Center** **PO Box 141479** **Irving, TX 75014-1479** | | | | | | | | | **5,181.98** |
| Account No. | | | - | | Series C Stock: 5,000 shares | | | | |
| **Kim Schroeder** **3389 S. 700 W.** **Salt Lake City, UT 84119-4115** | | | | | | | | | **Unknown** |
| Account No. | | | - | | Series A Stock: 71,429 Shares | | | | |
| **L. Ray Adams** **1597 SW Upper Hall Street** **Portland, OR 97201-2562** | | | | | | | | | **Unknown** |

Sheet no. __15__ of __26__ sheets attached to Schedule of                               Subtotal                    20,576.57
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **ERP-Link Corp** _____,    Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Series B Stock: 2,000 shares | | | | |
| Lauren Elizabeth Emmerson c/o Carol Lynn Emmerson 1880 Orchard Rd Hood River, OR 97031 | - | | | | | | **Unknown** |
| Account No. | | | Services | | | | |
| LedgerSource, LLC 7785 SW West Slope Drive Portland, OR 97225 | - | | | | | | **7,330.00** |
| Account No. | | | Series A Stock: 20,000 Shares | | | | |
| Leo D. Gonzalez Dianne Gonzalez 10741 Fellows Hill Drive Plymouth Township, MI 48170 | - | | | | | | **Unknown** |
| Account No. | | | Series C Stock: 5,000 shares | | | | |
| Louis V. Holdener 5131 Searle Circle Salt Lake City, UT 84117 | - | | | | | | **Unknown** |
| Account No. | | | Common, Series A, B,and C Stock: 514,729 shares | | | | |
| Lynn A. & Nancy A. Miller Trustees U/A/D 6/7/99 677 Sky Mountain Boulevard Hurricane, UT 84737 | - | | | | | | **Unknown** |

Sheet no. __16__ of __26__ sheets attached to Schedule of    Subtotal
Creditors Holding Unsecured Nonpriority Claims    (Total of this page)    **7,330.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **ERP-Link Corp**                                                          ,     Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | |
| Account No. **11-28565** <br><br> **David C. West, Trustee** <br> **321 North Mall Drive** <br> **Suite 0-202** <br> **Saint George, UT 84790** | | | | | | Representing: <br> Lynn A. & Nancy A. Miller | | | | **Notice Only** |
| Account No. <br><br> **Lynn A. Miller** <br> **677 Sky Mountain Blvd** <br> **Hurricane, UT 84737** | - | | | | | Bridge Fund/ Operating Loan, Promissory Note | | | | **242,500.00** |
| Account No. **11-28565** <br><br> **David C. West, Trustee** <br> **321 North Mall Drive** <br> **Suite 0-202** <br> **Saint George, UT 84790** | | | | | | Representing: <br> Lynn A. Miller | | | | **Notice Only** |
| Account No. <br><br> **Lynn A. Miller** <br> **677 Sky Mountain Blvd** <br> **Hurricane, UT 84737** | - | | | | | Series B Stock: 23,000 shares | | | | **Unknown** |
| Account No. **11-28565** <br><br> **David C. West, Trustee** <br> **321 North Mall Drive** <br> **Suite 0-202** <br> **Saint George, UT 84790** | | | | | | Representing: <br> Lynn A. Miller | | | | **Notice Only** |

Sheet no. __**17**__ of __**26**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal <br> (Total of this page)                   **242,500.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **ERP-Link Corp**
                                                                    ,    Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | **Office Space Rent** | | | | |
| **Mainlander Investments 15 82nd Drive Suite 210 Gladstone, OR 97207** | - | | | | | | X | **9,200.00** |
| Account No. | | | | **Series C Stock: 12,500 shares** | | | | |
| **Mark & Susan Maag 830 South 180 West Hurricane, UT 84737** | - | | | | | | | **Unknown** |
| Account No. | | | | **Series A Stock: 28,571 shares** | | | | |
| **Michael and Yvonne Redmond JTWROS 17716 Posetano Road Pacific Palisades, CA 90272** | - | | | | | | | **Unknown** |
| Account No. | | | | **Services** | | | | |
| **Microsoft/Caine Weber PO Box 5010 Woodland Hills, CA 91365** | - | | | | | | X | **1,566.35** |
| Account No. | | | | **Series B Stock: 11,111 shares** | | | | |
| **Nancy E. Oswald Nancy E. Oswald Living Trust 7935 Sacajawea Way Wilsonville, OR 97070** | - | | | | | | | **Unknown** |

Sheet no. __18__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **10,766.35**

B6F (Official Form 6F) (12/07) - Cont.

In re **ERP-Link Corp**                                                                                    , Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Services | | | | |
| **National Registered Agents PO Box 927 West Windsor, NJ 08550-0927** | - | | | | | | 620.00 |
| Account No. | | | Series B Stock: 11,111 shares | | | | |
| **Nick Steffanoff 2 Preakness Court Lake Oswego, OR 97035-1405** | - | | | | | | Unknown |
| Account No. | | | Series C Stock: 400 shares | | | | |
| **Nina Gibson Sunset W. Bowling Ctr. 1476 W. Sunset Blvd. St. George, UT 84770** | - | | | | | | Unknown |
| Account No. | | | Services | | | | |
| **Norikkon 1218 Oxford Place Cary, NC 27511** | - | | | | | | 76,499.00 |
| Account No. | | | Series A Stock: 10,000 shares | | | | |
| **Norma Salloum 27146 Cecile Dearborn Heights, MI 48127** | - | | | | | | Unknown |

Sheet no. __19__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            77,119.00

B6F (Official Form 6F) (12/07) - Cont.

In re **ERP-Link Corp** _____ , Case No. _____
                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | Office supplies | | | | |
| Office Depot PO Box 9020 Des Moines, IA 50368 | - | | | | | | | 3,350.00 |
| **Account No.** | | | | Services | | | | |
| Pace Performance Group PO Box 6707 715 NW Hoyt Street Portland, OR 97208 | - | | | | | | X | 577.00 |
| **Account No.** | | | | Series C Stock: 30,500 shares | | | | |
| Paul and I'ann Maag 1051 South 180 St. Hurricane, UT 84737 | - | | | | | | | Unknown |
| **Account No.** | | | | Series A Stock: 20,000 shares | | | | |
| Paul P. Salloum 10660 Fellows Hill Drive Plymouth Township, MI 48170 | - | | | | | | | Unknown |
| **Account No.** | | | | Operating Loan | | | | |
| Paul Salloum 10660 Fellows Hill Drive Plymouth Township, MI 48170 | - | | | | | | | 1,200.00 |

Sheet no. __20__ of __26__ sheets attached to Schedule of                Subtotal
Creditors Holding Unsecured Nonpriority Claims            (Total of this page)        **5,127.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **ERP-Link Corp**
_____,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Series B Stock: 2,000 shares | | | | |
| Preston Dale Sater c/o Charles D. Sater 826 Bandolier Ln Washington, UT 84780 | - | | | | | | | | **Unknown** |
| Account No. | | | | | Goods | | | | |
| Promo Shop 5420 McConnell Ave. Los Angeles, CA 90066 | - | | | | | | | | **494.50** |
| Account No. | | | | | Services | | | | |
| QWEST PO Box 12480 Seattle, WA, 9811-4480 | - | | | | | | | X | **270.00** |
| Account No. | | | | | Employee Health Plan | | | | |
| Regence Blue Cross PO Box 91131 Seattle, WA 98111 | - | | | | | | | | **2,907.00** |
| Account No. | | | | | Stock: 5,000 shares | | | | |
| Richard R. Robidoux Family Trust PO Box 1612 Mesquite, NV 89024 | - | | | | | | | | **Unknown** |

Sheet no. __21__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,671.50**

B6F (Official Form 6F) (12/07) - Cont.

In re **ERP-Link Corp**                                                                     ,      Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Series A Stock: 71,429 shares | | | | |
| Richard Walker 2318 NW Vaughn Street Portland, OR 97210 | | - | | | | | Unknown |
| Account No. | | | Common Stock: 20,000 shares | | | | |
| Robert D. Wolff 1301 Big Soldier Ct. Ivins, UT 84738 | | - | | | | | Unknown |
| Account No. | | | Common Stock: 2,000 shares | | | | |
| Robert M. Birach 29001 Wellington Farmington Hills, MI 48334 | | - | | | | | Unknown |
| Account No. | | | Promissory Note | | | | |
| Robert Perrault eCellerate RWP 2950 South Court Palo Alto, CA 94306 | | - | | | | | 6,737.00 |
| Account No. | | | Series A Stock: 214,286 shares | | | | |
| Robert R. Lewis 2030 SE Harrison Street Portland, OR 97214 | | - | | | | | Unknown |

Sheet no. __22__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          6,737.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **ERP-Link Corp**                                                                                    ,     Case No. _____
                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Series B Stock: 11,250 shares | | | | |
| **Rocky and Diane Neal Family Trust 2387 E. Lake Drive St. George, UT 84790** | - | | | | | | | **Unknown** |
| Account No. | | | | Bridge Fund/ Operating Loan, Promissory Note | | | | |
| **Ron Johnson 3389 S. 700 W. Salt Lake City, UT 84119-4115** | - | | | | | | | **92,890.00** |
| Account No. | | | | Royalty/ Dividends | | | | |
| **Ron Johnson 1771 South 900 West #40 Salt Lake City, UT 84104** | - | | | | | | X | **Unknown** |
| Account No. | | | | Series C Stock: 139,042 shares | | | | |
| **Ron Johnson 1771 South 900 West #40 Salt Lake City, UT 84104** | - | | | | | | | **Unknown** |
| Account No. | | | | Annual Partner fee | | | | |
| **SAP AG Dietmar-Hopp Allee 16 Walldorf, GE 69190** | - | | | | | | | **3,975.87** |

Sheet no. __23__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**96,865.87**

B6F (Official Form 6F) (12/07) - Cont.

In re  **ERP-Link Corp**_____,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Series C Stock: 400 shares | | | | |
| Sarah Vigos<br>Sunset W. Bowling Ctr.<br>1476 Sunset Blvd.<br>St. George, UT 84770 | - | | | | | | Unknown |
| Account No. | | | Common Stock: 125,000 shares | | | | |
| Sebastian Rapport<br>25 NW 23rd Pl., #6<br>Portland, OR 97210 | - | | | | | | Unknown |
| Account No. | | | Common and Series C Stock: 10,000 shares | | | | |
| Seidel Real Estate LLC<br>3177 E Broken Rock Way<br>Washington, UT 84780 | - | | | | | | Unknown |
| Account No. | | | Services | | | | |
| Sterling Communications<br>14945 SW Sequoia Pkwy<br>Porltand, OR 97224 | - | | | | | | 5,558.44 |
| Account No. | | | Common Stock: 17,000 shares | | | | |
| Steven E Foisy Managing Member<br>Foisy Holdings, LLC<br>P.O. Box 1801<br>St. George, UT 84771 | - | | | | | | Unknown |

Sheet no. __24__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,558.44

B6F (Official Form 6F) (12/07) - Cont.

In re　**ERP-Link Corp**　　　　　　　　　　　　　　　　　　　　,　　Case No. _____
　　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Bridge Fund Loan | | | | |
| Steven Schroeder 3389 S. 700 W. Salt Lake City, UT 84119-4115 | - | | | | | | | 41,625.00 |
| Account No. | | | | Series C Stock: 80,500 shares | | | | |
| Steven Schroeder 3389 S. 700 W. Salt Lake City, UT 84119-4115 | - | | | | | | | 0.00 |
| Account No. | | | | Services | | | | |
| TechCFO 1911 Grayson Hwy. Suite 8122 Grayson, GA 30017 | - | | | | | | | 17,400.00 |
| Account No. | | | | Series B Stock: 15.061 shares | | | | |
| The Leondard Family Trust 2410 W Entrada Trail #50 Saint George, UT 84770 | - | | | | | | | Unknown |
| Account No. | | | | Series B Stock: 30,000 shares | | | | |
| Timothy H. Ward PO Box 809 Wrightsville Beach, NC 28480 | - | | | | | | | Unknown |

Sheet no. __25__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

59,025.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **ERP-Link Corp**
_____,   Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Trevor Dillon UGMA/OR**<br>**c/o Denise M. Dillon**<br>**1961 Twin Sun Circle**<br>**Walled Lake, MI 48390** | - | | **Series A Stock: 28,516 shares** | | | | **Unknown** |
| Account No.<br><br>**Viking Consulting**<br>**20925 NE Neiderberger**<br>**Dundee, OR 97115** | - | | **Services** | | | X | **4,200.00** |
| Account No.<br><br>**Williams Living Trust U-D**<br>**Michael & Shirley Williams**<br>**1192 Wigwam Street**<br>**Mesquite, NV 89027** | - | | **Series B Stock: 20,000 shares** | | | | **Unknown** |
| Account No.<br><br>**Wismer Consulting**<br>**15718 NW Wismer**<br>**Portland, OR 97229** | - | | **Services** | | | | **3,540.00** |
| Account No.<br><br> | | | | | | | |

Sheet no. __26__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal<br>(Total of this page) | **7,740.00** |
|---|---|---|
| | Total<br>(Report on Summary of Schedules) | **1,374,048.97** |

B6G (Official Form 6G) (12/07)

.

In re    **ERP-Link Corp**                                                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **5280 Solutions LLC**<br>**8740 Lucent Blvd Suite 400**<br>**Highlands Ranch, CO 80129** | **Bi-Lateral Non-Disclosure Agreement** |
| **5th & Washington, LLC**<br>**ATTN: Bruce Wood**<br>**510 SW 5th Ave**<br>**Portland, OR 97201** | **Office Space Lease** |
| **Abb Inc.**<br>**16250 W Glendale Drive**<br>**New Berlin, WI 53151** | **Confidentiality Agreement** |
| **Aditi**<br>**2002 156th Ave NE**<br>**Bellevue, WA 98007** | **Master Service Agreement** |
| **AgilePoint, Inc.**<br>**1916C Old Middlefield Way**<br>**Mountain View, CA 94043** | **Partner Agreements** |
| **Algonquin Group**<br>**556 S. Fair Oaks Ave**<br>**Suite 101-448**<br>**Pasadena, CA 91105** | **Sub Contractor Professional Services Agreement** |
| **Aptar Group**<br>**340-B Commerce Drive**<br>**Crystal Lake, IL 60114** | **Annual Software License Agreement** |
| **Ascentn**<br>**1916 C Old Middlefield Way**<br>**Mountain View, CA 94043** | **Non-Disclosure Agreement** |
| **Aster Group, Inc**<br>**434-B Cooperfiled Blvd NE**<br>**Concord, NC 28025** | **Partner Agreement** |
| **Avantce Capital1**<br>**3838 Tamiami Trail N**<br>**Suite 416**<br>**Naples, FL 34103** | **Confidentiality Agreement** |
| **Avnet Client Solutions**<br>**14 Joyce Way**<br>**Parkwest Business Park**<br>**Dublin 12, Ireland** | **Non-Disclosure Agreement** |

**10**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re **ERP-Link Corp** , Case No. _____
                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Baker & McKenzie Global Service**<br>**130 East Randolph St Ste 3600**<br>**Chicago, IL 60601** | **Mutual Confidentiality and Non-Disclosure Agreement** |
| **Blue Granite, Inc**<br>**4664 Campus Drive**<br>**Kalamazoo, MI 49008** | **Premier Partner Agreement** |
| **Blum Shapiro Consulting, LLC**<br>**29 S Main Street**<br>**PO Box 27200**<br>**West Hartford, CT 06127-2000** | **Premier Partner Agreement** |
| **Borg Warner**<br>**3850 Hamlin Road**<br>**Ann Arbor, MI 48326** | **Annual Software License Agreement** |
| **BP Corporation of N.A. Inc.**<br>**PO Box 22024**<br>**Tulsa, OK 74121** | **Software Support Agreement** |
| **BP Corporation of N.A. Inc.**<br>**PO Box 22024**<br>**Tulsa, OK 74121** | **Software License Agreement** |
| **Calgon Carbon**<br>**PO Box 717**<br>**Pittsburgh, PA 15230** | **Software Support Agreement** |
| **Calgon Carbon**<br>**PO Box 717**<br>**Pittsburgh, PA 15230** | **Software License Agreement** |
| **Caridian BCT**<br>**10811 W Collins Ave**<br>**Lakewood, CO 80215** | **Annual Software License Agreement** |
| **Caridian BCT**<br>**10811 W Collins Ave**<br>**Lakewood, CO 80215** | **Professional Services Argreement** |
| **Ceradyne, Inc.**<br>**3169 Red Hill Avenue**<br>**Costa Mesa, CA 92626** | **Annual Software License Agreement** |
| **Christopher Kruell**<br>**PO Box 10061**<br>**Portland, OR 97296** | **Sub Contractor Professional Services Agreement** |

Sheet __1__ of __10__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **ERP-Link Corp**
_____ ,    Case No. _____
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Coca Cola Bottling Co. Consolidated 115 Coca Cola Plaza Charlotte, NC 28211** | **Annual Software License Agreement** |
| **ConocoPhillips Company PO Box 2200 Bartlesville, OK 74005** | **Software Support Agreement** |
| **ConocoPhillips Company PO Box 2200 Bartlesville, OK 74005** | **Software License Agreement** |
| **CSG Professional Services Inc 5201 SW Westage Drive Suite 208 Portland, OR 97221** | **Bi-Lateral Non-Disclosure Agreement** |
| **DataLan Corporation 3 Barker Avenue White Plains, NY 10601** | **Premier Partner Agreement** |
| **Datalogic Scanning (PSC,Inc) 959 Terry St Eugene, OR 97402** | **Software Support Agreement** |
| **Datalogic Scanning (PSC,Inc) 959 Terry St Eugene, OR 97402** | **Software License Agreement** |
| **DX Network Services DX House, Ridgeway Iver Bucks, Great Britain SLO - 94A** | **Software Support Agreement** |
| **DX Network Services DX House, Ridgeway  Iver Bucks, Great Britain SLO- 9JQ** | **Software License Agreement** |
| **ELBA Buerosysteme GmbH & Co KG Maybachstr. 2 D-45891 Gelsenkirchen Germany** | **Software License Agreement** |
| **Electronic Data Systems 5400 Legacy Drive Plano, TX 75024** | **Confidentiality Agreement** |
| **Eli Jones 857 Winchell St. Portland, OR 97217** | **Employment Agreement** |

Sheet __2__ of __10__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re  **ERP-Link Corp**
_____,    Case No. _____
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Eli Jones<br>857 Winchell St.<br>Portland, OR 97217 | NDA & Assignment of Rights/Invention Agreement |
| ERT3WS<br>3 Burospace<br>Bievres France<br>91571 Cedex | Premier Partner and Master Distributor Agreement |
| Espero Inc.<br>12641 N 70th Place<br>Scottsdale, AZ 85254 | Consulting Agreement |
| Factory Software SRL<br>Via S Ambrogio 17<br>27058 Voghera, Italy | Partner Agreements |
| Fresenius Medical Care<br>Deutschland GmbH<br>Else-Kroener-Strasse 1<br>61352 Bad Homburg v.d.H, Germany | Annual Software License Agreement |
| Gimmal Holdings LLC<br>24 Greenway Plaza<br>Suite 1000<br>Houston, TX 77046 | Partner Agreements |
| Gimmal Holdings LLC<br>24 Greenway Plaza<br>Suite 1000<br>Houston, TX 77046 | Software License Agreement |
| Global Software Resources, Inc<br>4447 Stoneridge Dr<br>Pleasanton, CA 94588 | Premier Partner Agreement |
| Gus Timani<br>2480 Irvine Blvd.<br>Apt 344<br>Tustin, CA 92782 | NDA & Assignment of Rights/Invention Agreement |
| Gustavo Velez<br>29540 SW Courtside<br>Unit 7<br>Wilsonville, OR 97070 | Sub Contractor Professional Services Agreement |
| H & E Equipment Services<br>11100 Mead Rd<br>Suite 200<br>Baton Rouge, LA 70816 | Annual Software License Agreement |

Sheet __3__ of __10__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re **ERP-Link Corp**                                                               , Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Harman International**<br>**PO Box 550**<br>**Farmington, MI 48332** | **Software Support Agreement** |
| **Harman International**<br>**PO Box 550**<br>**Farmington, MI 48332** | **Software License Agreement** |
| **Hospex Consulting Services**<br>**5 C Canal Park Gullberg II**<br>**Lahore, Punjab**<br>**Pakistan 54660** | **Premier Partner Agreement** |
| **Hostess Brands Corp.**<br>**1 E. Armour Blvd**<br>**PO Box 419627**<br>**Kansas City, MO 64141-6227** | **Annual Software License Agreement** |
| **HSR**<br>**via Olgettina 60**<br>**20132 Milano, Italy** | **Annual Software License Agreement** |
| **Ignatius du Plessis**<br>**609 N Acacia Drive**<br>**Gilbert, AZ 85233** | **Confidentiality, Proprietary Rights and Non-Competition Agreement** |
| **Infosys**<br>**Electronics City, Hosur Road**<br>**Bangalore 560 100, India,** | **Partner NDA** |
| **International Foods &**<br>**Fragrance - USA**<br>**521 w 57 TH St.**<br>**New York, NY 10019** | **Annual Software License Agreement** |
| **Intuitive**<br>**Godoy Cruz 2841 3er Piso**<br>**Buenos Aries, Argentina**<br>**CP: c1425 FQM** | **Partner Agreements** |
| **IQX Business Solutions**<br>**133 Alexander Street**<br>**Crows Nest, Sydney NSW**<br>**2065** | **Premier Partner Agreement** |
| **ISA**<br>**Calle 12  Sur NO.**<br>**18-168 Medellin, Columbia** | **Annual Software License Agreement** |
| **IT Systems, AG**<br>**ZwickySTrasse 7**<br>**Zurich-Wallestein, Switzerland**<br>**CH-8304** | **Partner NDA** |

Sheet **4** of **10** continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **ERP-Link Corp**                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **IT Workplace, LTF**<br>**15 Wheeler Gate**<br>**Nottingham, England**<br>**NG12NA** | **OEM License Agreement** |
| **IT Worx**<br>**406 Farmington Avenue**<br>**Farmington, CT 06032** | **Fees Due Settlement Agreement** |
| **Itsystems AG**<br>**Zwickystrasse 7**<br>**CH-8304 Zurich-Wallisellen**<br>**Switzerland** | **Non-Disclosure Agreement** |
| **ITWorx**<br>**406 Farmington Avenue**<br>**Farmington, CT 06032** | **Partner Agreements** |
| **Janus Capital Management LLC**<br>**151 Detroit Street**<br>**Denver, CO 80206** | **Annual Software License Agreement** |
| **Janus Capital Management LLC**<br>**151 Detroit Street**<br>**Denver, CO 80206** | **Professional Services Argreement** |
| **John Kallen Konsult, AB**<br>**Fleminggatan 55**<br>**11232 Stockholm, Sweden** | **NDA & Assignment of Rights/Invention Agreement** |
| **John Kallen Konsult, AB**<br>**Fleminggatan 55**<br>**11232 Stockholm, Sweden** | **Sub Contractor Professional Services Agreement** |
| **Josef Leicht**<br>**1065 E. Flamingo Rd.**<br>**Apt 1017**<br>**Las Vegas, NV 89119** | **NDA & Assignment of Rights/Invention Agreement** |
| **Key2 Consulting, LLC**<br>**1000 Peachtree Industrial Blvd**<br>**Suite 6-289**<br>**Suwanee, GA 30024** | **Premier Partner Agreement** |
| **KI Business Perfomance GmbH**<br>**Mittlstr. 12-14**<br>**50672 Cologne**<br>**GERMANY** | **Bi-Lateral Non-Disclosure Agreement** |
| **Knowledgelake**<br>**3 City Place Drive**<br>**Suite 700**<br>**St. Louis, MO 63141** | **Partner Agreements** |

Sheet ___5___ of ___10___ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **ERP-Link Corp**
_____,    Case No. _____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Kraft Foods Global, Inc.**<br>**PO Box 795129**<br>**San Antonio, TX 78279-5129** | **Software Support Agreement** |
| **Kraft Foods Global, Inc.**<br>**PO Box 795129**<br>**San Antonio, TX 78279-5129** | **Software License Agreement** |
| **L'Oreal USA Products, Inc**<br>**310 SW 4th Ave., Ste 400**<br>**Portland, OR 97204-2350** | **Service Provider Agreement** |
| **Leigh Investments**<br>**PO Box 364**<br>**Vancouver, WA 98666** | **Storage Space Lease** |
| **Lockheed Martin Corporation**<br>**P.O. Box 650003**<br>**Dallas, TX 75265-0003** | **Annual Software License Agreement** |
| **Logica,  UK**<br>**250 Brook Drive Green Park**<br>**Reading, Great Britian**<br>**RG2 6UB** | **Confidentiality Agreement** |
| **Mayank Bakshi**<br>**1058 215th Pl. SE**<br>**Bothell, WA 98021** | **NDA & Assignment of Rights/Invention Agreement** |
| **Miami-Dade County**<br>**Public Schools**<br>**PO Box 01-2570**<br>**Miami, FL 33101** | **Annual Software License Agreement** |
| **Microsoft Corp**<br>**One Redmond Way**<br>**Redmond, WA 98052** | **ISV Partner Agreement** |
| **Microsoft Hong Kong Limited**<br>**13/F., Cyberport 2**<br>**100 Cyberport Road**<br>**HONG KONG** | **Partnership Agreement** |
| **Minotaur Development**<br>**Darren Moore**<br>**1244 W. Myrna Lane**<br>**Tempe, AZ 85284** | **Sub Contractor Professional Services Agreement** |
| **Minto Group**<br>**180 Kent St. Suite 200**<br>**K1P 0B6 Ottawa, Ontario Canada** | **Annual Software License Agreement** |

Sheet __6__ of __10__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re  **ERP-Link Corp**                                                          ,     Case No. _____
                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Monsanto Company**<br>**PO Box 66900**<br>**St. Louis, MO 63166-6900** | **Annual Software License Agreement** |
| **Navantis Inc.**<br>**21 Randolph Ave. 3rd Floor**<br>**Toronto, Ontario M6P 4G4**<br>**CANADA** | **Premier Partner Agreement** |
| **Neudesic**<br>**8105 Irvine Center Dr.**<br>**Suite 1200**<br>**Irvine, CA 92618** | **Partner Agreements** |
| **New Markets Management**<br>**Consulting GbR**<br>**Salomon-Heine-Weg 36b**<br>**20251 Hamburg, Germany** | **Consulting Agreement** |
| **NINTEX**<br>**10900 NE Bellevue**<br>**Bellevue, WA 98004** | **Partner Agreements** |
| **Norikkon**<br>**1218 Oxford Place**<br>**Cary, NC 27511** | **Master Service Agreement** |
| **Norikkon, LLC**<br>**1218 Oxford Place**<br>**Cary, NC 27511** | **Partner NDA; and Lateral Partner Reseller Agreement** |
| **NPL Construction Company**<br>**2355 W. Utopia Road**<br>**Bldg #3**<br>**Phoenix, AZ 85027** | **Software Support Agreement** |
| **NPL Construction Company**<br>**2355 W. Utopia Road**<br>**Bldg #3**<br>**Phoenix, AZ 85027** | **Software License Agreement** |
| **Ontario Power Generation**<br>**135 W. Beaver Creek**<br>**Richmond Hill, Ontario**<br>**L4B 4R7 CANADA** | **Annual Software License Agreement** |
| **Pace Performance**<br>**P.O. Box 6707**<br>**715 NW Hoyt Street**<br>**Portland, OR 97208** | **Partner Agreements** |

Sheet  __7__  of  __10__  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re  **ERP-Link Corp**
_____,  Case No. _____
                                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Patrick Theobald**<br>**Olgastrabe 15**<br>**D70185**<br>**Stuttgart** | **Confidential Settlement Agreement and Mutual General Release** |
| **Profit Path Systems LLC**<br>**PO Box 1004**<br>**Milltown, NJ 08850** | **Business Cooperation Agreement** |
| **Quantrix**<br>**428 Fore Street**<br>**Portland, ME 04101** | **Non-Disclosure and Restricted Use Agreement** |
| **ReadSoft**<br>**3838 N. Causeway Blvd.**<br>**Suite 2400**<br>**Metairie, LA 70002** | **Partner Agreements** |
| **SAP, AG**<br>**Dietmar-Hop-Allee 16**<br>**D-69190 Walldorf, Germany** | **ISV Partner Agreement** |
| **Sauer-Danfoss**<br>**2800 East 13th St**<br>**Ames, IA 50010** | **Annual Software License Agreement** |
| **Siemens**<br>**5800 Granite Parkway**<br>**Suite 600**<br>**Plano, TX 75024** | **Professional Services Arrgreement** |
| **Sitrion Systems GmbH**<br>**Bloherfelder Strabe 251 B**<br>**D-26129 Oldenburg**<br>**Germany** | **Confidential Settlement Agreement and Mutual General Release** |
| **Sterling Communications**<br>**14945 SW Sequoia Pkwy**<br>**Portland, OR 97224** | **Service Agreement** |
| **Targit (U.S.) Inc.**<br>**3450 Buschwood Park Dr.**<br>**Suite 220**<br>**Tampa, FL 33618** | **Bi-Lateral Non-Disclosure Agreement** |
| **Taulia**<br>**100 Pine Street**<br>**Suite 1750**<br>**San Francisco, CA 94111** | **Partner Agreements** |
| **TechCFO**<br>**PO Box 8608**<br>**San Jose, CA 95155** | **Service Agreement** |

Sheet __**8**__ of __**10**__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **ERP-Link Corp**
_____,    Case No. _____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **The Glenture Group LLC**<br>**3000 Dundee Rd., Ste 215**<br>**Northbrook, IL 60062** | **Premier Partner Agreement** |
| **The Toro Company**<br>**811 Lyndale Ave. S**<br>**Bloomington, MN 55420** | **Confidentiality and Non-Use Agreement** |
| **Theobald Software GmbH**<br>**Olgastrabe 15**<br>**D-70182 Stuttgart**<br>**Germany** | **Confidential Settlement Agreement and Mutual General Release** |
| **Thorogood Associates**<br>**Ealing Studios Ealing**<br>**London W5 5EP**<br>**United Kingdom** | **Non-Disclosure and Restricted Use Agreement and Product Evaluation/ Loaner Agreement** |
| **TIE International**<br>**Schiphol-Rijk**<br>**The Netherlands** | **Product Evaluation Agreement** |
| **Todd Mackey**<br>**226 Hill Ct.**<br>**Castle Rock, CO 80104** | **Employment Agreement** |
| **Todd Mackey**<br>**226 Hill Ct.**<br>**Castle Rock, CO 80104** | **NDA & Assignment of Rights/Invention Agreement** |
| **Tyson Foods Inc.**<br>**PO Box 2020**<br>**AR 07693**<br>**Springdale, AR 72762** | **Annual Software License Agreement** |
| **UNICOR**<br>**Federal Prison Industry**<br>**PO BOX 4000**<br>**Butner, NC 27509-4000** | **Annual Software License Agreement** |
| **Unternehmensberatung GmbH**<br>**Bloherfeld Strabe 253**<br>**D-26129**<br>**Oldenburg** | **Confidential Settlement Agreement and Mutual General Release** |
| **W.R. Grace**<br>**PO Box 1927**<br>**Lake Charles, LA 70602** | **Software Support Agreement** |
| **W.R. Grace**<br>**PO Box 1927**<br>**Lake Charles, LA 70602** | **Software License Agreement** |

Sheet __**9**__ of __**10**__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **ERP-Link Corp**
_____ ,    Case No. _____
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Wipro Limited**<br>**Doddakannelli, Sarjapur Rd.**<br>**Bangalore, Karnataka 560 035,**<br>**India** | **Reseller and Premier Partner Agreement** |
| **Wismer Consulting**<br>**15718 NW Wismer**<br>**Portland, OR 97229** | **Partner Agreements** |

Sheet __**10**__ of __**10**__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re  **ERP-Link Corp**                                                    ,     Case No. _____
                                      Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **John Eric Anderson**<br>**2796 SW Montgomery**<br>**Portland, OR 97201** | **James & Denise Dillon**<br>**1961 Twin Sun Circle**<br>**Walled Lake, MI 48390** |
| **John Eric Anderson**<br>**2796 SW Montgomery**<br>**Portland, OR 97201**<br>    **Precautionary**<br><br>**President of ERP-Link Corp. unknown as to**<br>**whether personal guarantee was signed** | **American Express**<br>**PO Box 981535**<br>**El Paso, TX 79998-1535** |
| **John Eric Anderson**<br>**2796 SW Montgomery**<br>**Portland, OR 97201**<br>    **Precautionary**<br><br>**President of ERP-Link Corp. unknown as to**<br>**whether personal guarantee was signed** | **American Express**<br>**PO Box 981535**<br>**El Paso, TX 79998-1535** |
| **John Eric Anderson**<br>**2796 SW Montgomery**<br>**Portland, OR 97201**<br>    **Precautionary**<br><br>**President of ERP-Link Corp. unknown as to**<br>**whether personal guarantee was signed** | **American Express**<br>**PO Box 981535**<br>**El Paso, TX 79998-1535** |
| **John Eric Anderson**<br>**2796 SW Montgomery**<br>**Portland, OR 97201**<br>    **Precautionary**<br><br>**President of ERP-Link Corp. unknown as to**<br>**whether personal guarantee was signed** | **Bank of America**<br>**PO Box 15026**<br>**Wilmington, DE 19850-5026** |
| **John Eric Anderson**<br>**2796 SW Montgomery**<br>**Portland, OR 97201**<br>    **Precautionary**<br><br>**President of ERP-Link Corp. unknown as to**<br>**whether personal guarantee was signed** | **Bank of America**<br>**PO Box 15026**<br>**Wilmington, DE 19850-5026** |

1

____ continuation sheets attached to Schedule of Codebtors

In re   **ERP-Link Corp**

Case No. _____

_____,

Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **John Eric Anderson**<br>**2796 SW Montgomery**<br>**Portland, OR 97201**<br>   **Precautionary**<br><br>**President of ERP-Link Corp. unknown as to whether personal guarantee was signed** | **Capital One Bank**<br>**PO Box 60599**<br>**City of Industry, CA 91716-0599** |
| **John Eric Anderson**<br>**2796 SW Montgomery**<br>**Portland, OR 97201**<br>   **Precautionary**<br><br>**President of ERP-Link Corp. unknown as to whether personal guarantee was signed** | **Capital One Bank**<br>**PO Box 60599**<br>**City of Industry, CA 91716-0599** |
| **John Eric Anderson**<br>**2796 SW Montgomery**<br>**Portland, OR 97201**<br>   **Precautionary**<br><br>**President of ERP-Link Corp. unknown as to whether personal guarantee was signed** | **Chase Cardmember Service**<br>**PO Box 94014**<br>**Palatine, IL 60094-4014** |
| **John Eric Anderson**<br>**2796 SW Montgomery**<br>**Portland, OR 97201**<br>   **Precautionary**<br><br>**President of ERP-Link Corp. unknown as to whether personal guarantee was signed** | **Citi**<br>**PO Box 6500**<br>**Sioux Falls, SD 57117-6500** |
| **John Eric Anderson**<br>**2796 SW Montgomery**<br>**Portland, OR 97201**<br>   **Precautionary**<br><br>**President of ERP-Link Corp. unknown as to whether personal guarantee was signed** | **Key Bank/ US Bank**<br>**Professional Services Inc.**<br>**PO Box 1880**<br>**Voorhees, NJ 08043** |
| **John Eric Anderson**<br>**2796 SW Montgomery**<br>**Portland, OR 97201**<br>   **Precautionary**<br><br>**President of ERP-Link Corp. unknown as to whether personal guarantee was signed** | **KeyBank Card Service Center**<br>**PO Box 141479**<br>**Irving, TX 75014-1479** |

Sheet  __1__  of  __1__  continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### District of Oregon

In re  **ERP-Link Corp**
_____
                                    Debtor(s)

Case No. _____
Chapter    **11**    _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**55**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **August 17, 2011**  _____

Signature  **/s/ John Eric Anderson**
_____
             **John Eric Anderson**
             **President**

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
### District of Oregon

In re  **ERP-Link Corp**
                                                          Case No.
                                      Debtor(s)           Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

     This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

     Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

     *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

     *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$377,773.00** | **2011 YTD: Debtor Business Income** |
| **$727,144.55** | **2010: Debtor Business Income** |
| **$667,122.34** | **2009: Debtor Business Income** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

        AMOUNT                      SOURCE

#### 3. Payments to creditors

None ■

*Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Gustavo Velez**<br>**29540 SW Courtside Dr. Unit 7**<br>**Wilsonville, OR 97070** | **06/18/2011-8/15/2011** | **$27,375.00** | **$2,625.00** |
| **Regence BlueCross BlueSheild of Oregon**<br>**PO Box 91131**<br>**Seattle, WA 98111** | **06/15/2011 - 08/15/2011** | **$8,721.00** | **$0.00** |
| **Norikkon**<br>**1218 Oxford Place**<br>**Cary, NC 27511** | | **$5,000.00** | **$76,499.00** |

None ☐

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **John Eric Anderson**<br>**2796 SW Montgomery**<br>**Portland, OR 97201**<br>    **President** | **08/01/2010-08/01/2011 -**<br>**Expense Reimbursements** | **$14,595.00** | **$171,913.00** |
| **John Eric Anderson**<br>**2796 SW Montgomery**<br>**Portland, OR 97201**<br>    **President** | **08/01/2010 - 08/01/2011 -**<br>**Salary Paid** | **$8,900.00** | **$88,900.00** |

#### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None ■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None ☐    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **California Franchise Tax Board**<br>**PO Box 942857**<br>**Sacramento, CA 94257** | **04/15/2011** | **Checking Account Funds $7,413** |

---

### 5. Repossessions, foreclosures and returns

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

### 6. Assignments and receiverships

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

---

### 7. Gifts

None ☐    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |
| **Kiwanis Club** | **None** | **06/01/2011** | **$450.00** |

---

### 8. Losses

None ■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9.  Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Sussman Shank LLP**<br>**1000 SW Broadway, Suite 1400**<br>**Portland, OR 97220** | **July 8, 2011** | **$40,000** |

**10.  Other transfers**

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None
■
List all property owned by another person that the debtor holds or controls.

NAME AND ADDRESS OF OWNER          DESCRIPTION AND VALUE OF PROPERTY          LOCATION OF PROPERTY

---

**15.  Prior address of debtor**

None
☐
If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 310 SW 4th Ave., Portland, OR  97204 | ERP-Link Corp. | 06/2009 - 11/2009 |

---

**16. Spouses and Former Spouses**

None
■
If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■
a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None


a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |
| **Anne Bartell** **3810 Fairhaven Rd.** **West Linn, OR 97069** | **07/2007 - 11/2009** |
| **LedgerSource, LLC** **7785 SW West Slope Drive** **Portland, OR 97225** | **1/2010 - 4/2010** |
| **TechCFO** **1911 Grayson Hwy** **Suite 8/122** **Grayson, GA 30017** | **2/1/2011 - Present** |

None
☐

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
| --- | --- | --- |
| **Geffen Mesher & Co, PC** | **888 SW 5th Ave.** **Portland, OR 97205** | **1/15/2010 - 3/31/2010** |

None ■ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                                    ADDRESS

None ☐ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **PFU Systems Inc, A Fujitsu Company**<br>**2055 Gateway Place**<br>**San Jose, CA 95110** | **3/11/2010** |
| **Walt Weyler**<br>**2135 SW Altadina Court**<br>**Portland, OR 97219** | **8/23/2010, 9/30/2010, 10/29/2010, 5/19/2011** |
| **Gimmal Group**<br>**24 Greenway Plaza**<br>**Suite 1000**<br>**Houston, TX 77046** | **4/2011, 5/19/2011, 6/15/2011, 7/7/2011** |
| **ERP Link Shareholders** | **10/14/2009, 1/18/2010, 10/2010, 2/6/2011,**<br>**8/12/2011** |
| **David Abramowitz**<br>**925 Arthur Godfrey Road**<br>**Suite 101**<br>**Miami Beach, FL 33140** | **5/17/2011** |
| **Neudesic Corp.**<br>**8015 Irvine Center Drive**<br>**Suite 1200**<br>**Irvine, CA 92618** | **1/3/2011** |
| **Readsoft**<br>**Sodra Kyrkogation 4**<br>**Helsingborg 25223**<br>**Sweden** | **03/15/2010 and 08/04/2011** |

### 20. Inventories

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **John Eric Anderson**<br>**2796 SW Montgomery Dr.**<br>**Portland, OR 97201** | **President** | **Common/ Preferred Stock - 51%** |
| **Josef Leicht**<br>**1062 E Flamingo Road**<br>**Apt 1017**<br>**Las Vegas, NV 89119** | **CTO, ERP-Link Corp.** | **Common Stock - 7%** |
| **Lynn Miller**<br>**19499 Victor Parkway**<br>**Livonia, MI 48152** | **Shareholder** | **Common/Preferred Stock - 7%** |

---

**22 . Former partners, officers, directors and shareholders**

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None ■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds.**

None ■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **August 17, 2011**                              Signature  **/s/ John Eric Anderson**
                                                                    **John Eric Anderson**
                                                                    **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Oregon

In re    **ERP-Link Corp**

Debtor(s)

Case No. _____

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Ater Wynne LLP**<br>**1331 NW Lovejoy Street**<br>**Suite 900**<br>**Portland, OR 97209-3280** | **Ater Wynne LLP**<br>**1331 NW Lovejoy St, Ste 900**<br>**Portland, OR 97209-3280**<br>**503-226-8404** | **Attorneys fees** | **Disputed** | **40,116.00** |
| **Battle Mountain Properties**<br>**662 N. 2600 W.**<br>**Mesquite, NV 89027** | **Battle Mountain Properties**<br>**662 N. 2600 W.**<br>**Mesquite, NV 89027**<br>**425-229-4999** | **Royalty/ Dividends** | **Disputed** | **29,391.00** |
| **Chase Cardmember Service**<br>**PO Box 94014**<br>**Palatine, IL 60094-4014** | **Chase Cardmember Service**<br>**PO Box 94014**<br>**Palatine, IL 60094-4014**<br>**877-219-6605** | **Credit card purchases - Multiple Accounts** | | **40,287.00** |
| **Christopher Kruell**<br>**PO Box 10061**<br>**Portland, OR 97296** | **Christopher Kruell**<br>**PO Box 10061**<br>**Portland, OR 97296**<br>**503-780-9072** | **Services** | | **44,350.00** |
| **Citi**<br>**PO Box 6500**<br>**Sioux Falls, SD 57117-6500** | **Citi**<br>**PO Box 6500**<br>**Sioux Falls, SD 57117-6500**<br>**800-423-4343** | **Credit card purchases** | | **21,777.72** |
| **Douglas D. Sater**<br>**826 Bandolier Lane**<br>**Washington, UT 84780** | **Douglas D. Sater**<br>**826 Bandolier Lane**<br>**Washington, UT 84780**<br>**435-628-7537** | **Promissory Notes/ Bridge Fund Loan** | | **33,345.00** |
| **Farell Petersen**<br>**1112 Goldenrod Circle**<br>**St. George, UT 84790** | **Farell Petersen**<br>**1112 Goldenrod Circle**<br>**St. George, UT 84790**<br>**435-673-1221** | **Bridge Fund/ Operating Loan, Promissory Note** | | **68,260.00** |
| **Geffen Mesher & Co. PC**<br>**888 SW 5th Ave.**<br>**Suite 800**<br>**Portland, OR 97204** | **Geffen Mesher & Co. PC**<br>**888 SW 5th Ave. Ste 800**<br>**Portland, OR 97204**<br>**503-221-0141** | **Services** | | **37,367.00** |
| **Gimmal Holdings LLC**<br>**24 Greenway Plaza**<br>**Suite 1000**<br>**Houston, TX 77046** | **Gimmal Group**<br>**24 Greenway Plaza, Suite 1000**<br>**Houston, TX 77046**<br>**713-586-6500** | **Promissory Note** | | **40,000.00** |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **ERP-Link Corp**                                           Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Hiram A. Smith<br>662 N. 2600 W.<br>Mesquite, NV 89027 | Hiram A. Smith<br>662 N. 2600 W.<br>Mesquite, NV 89027<br>435-229-4999 | Bridge Fund/Operating Loan, Promissory Note | | 147,630.00 |
| James & Denise Dillon<br>1961 Twin Sun Circle<br>Walled Lake, MI 48390 | James & Denise Dillon<br>1961 Twin Sun Circle<br>Walled Lake, MI 48390<br>248-624-8889 | Promissory Note | | 22,700.00 |
| JMSI, Inc<br>269 South Beverly Dr<br>PMB# 683<br>Beverly Hills, CA 90212 | JMSI, Inc<br>269 South Beverly Dr PMB#683<br>Beverly Hills, CA 90212<br>310-418-6148 | Services | Disputed | 19,595.38 |
| John Kallen Consult, AB<br>Fleminggtan 55<br>Stockholm, SW 11232 | John Kallen Consult, AB<br>Fleminggtan 55<br>Stockholm, SW 11232<br>+46 73 991 4646 | Services | | 88,000.00 |
| Josef Leicht<br>7400 SW Barnes Road<br>Portland, OR 97225 | Josef Leicht<br>7400 SW Barnes Road<br>Portland, OR 97225<br>503-720-5618 | 6 Months Missed Salary & bonuses | | 63,600.00 |
| Lynn A. Miller<br>677 Sky Mountain Blvd<br>Hurricane, UT 84737 | Lynn A. Miller<br>677 Sky Mountain Blvd<br>Hurricane, UT 84737<br>435-635-2840 | Bridge Fund/ Operating Loan, Promissory Note | | 242,500.00 |
| Norikkon<br>1218 Oxford Place<br>Cary, NC 27511 | Norikkon<br>1218 Oxford Place<br>Cary, NC 27511<br>305-517-7980 | Services | | 76,499.00 |
| Ron Johnson<br>3389 S. 700 W.<br>Salt Lake City, UT 84119-4115 | Ron Johnson<br>3389 S. 700 W.<br>Salt Lake City, UT 84119-4115<br>801-973-0994 | Bridge Fund/ Operating Loan, Promissory Note | | 92,890.00 |
| Steven Schroeder<br>3389 S. 700 W.<br>Salt Lake City, UT 84119-4115 | Steven Schroeder<br>3389 S. 700 W.<br>Salt Lake City, UT 84119-4115<br>801-712-8505 | Bridge Fund Loan | | 41,625.00 |
| Todd Mackey<br>226 Hill Ct.<br>Castle Rock, CO 80104 | Todd Mackey<br>226 Hill Ct.<br>Castle Rock, CO 80104<br>303-648-3476 | 3 years annual bonus and 1 month salary | Disputed | 42,100.00 |
| Walter Weyler, Jr.<br>2135 SW Altadina Ct.<br>Portland, OR 97219 | Walter Weyler, Jr.<br>2135 SW Altadina Ct.<br>Portland, OR 97219<br>503-224-3780 | UCC Financing Statemet - Assets of Company | Unliquidated Disputed | 280,090.00<br><br>(176,712.00 secured) |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **ERP-Link Corp**                                                  Case No. _____

                               Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **August 17, 2011**                          Signature    **/s/ John Eric Anderson**

                                                                 **John Eric Anderson**
                                                                 **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                               18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## District of Oregon

In re   **ERP-Link Corp**

,

                                 Debtor

Case No. _____

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Eric Anderson** | | **51%** | |
| **Josef Leicht** | | **7%** | |
| **Lynn Miller** | | **7%** | |
| **See Attached List for addition shareholders** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**August 17, 2011**_____

Signature **/s/ John Eric Anderson**_____
                            **John Eric Anderson**
                            **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

**0**___ continuation sheets attached to List of Equity Security Holders

ERP-Link Corp

| Shares Issued Name - per the stock registry | Date of Last Stock Certificate Issued | Common Stock | | Series A Preferred Stock | | Series B Preferred Stock | | Series C Preferred Stock | | Total Cash/Services Received | CLASS(ES) OF STOCK | ACCREDITED INVESTOR QUESTIONNAIRE RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Shares | Total | Shares | Total | Shares | Total | Shares | Total | | | |
| Adams, L. Ray | 7/6/1999 | | | 71,429 | 25,000.15 | | | | | 25,000.15 | Series A | |
| Alberta Inc  (Ed Brown) | 3/3/2009 | | | | | | | 22,500 | 54,000.00 | 54,000.00 | Series C | |
| Allen, Nick (deceased) | 3/1/2008 | 145,000 | 43,500.00 | | | | | | - | 43,500.00 | Common | |
| Anderson, J. Eric | 12/10/2006 | 3,245,132 | 32,451.32 | 314,284 | - | | | | | 32,451.32 | Common, Series A | |
| Aronoff, Dawn E. | 7/10/2006 | | | | | 8,333 | 7,499.70 | | | 7,499.70 | Series B | |
| Birach, Robert M. | 10/23/2000 | 2,000 | 600.00 | | | | | | | 600.00 | Common | |
| Bogden, F. Brian | 2/7/2000 | | | 20,000 | 7,000.00 | | | | | 7,000.00 | Series A | |
| Carol A. Miller or Jack K. Miller, trustee(s) of the Carol A. Miller Trust dated March 26, 1997 | 9/6/2005 | | | | | 6,000 | 5,400.00 | | | 5,400.00 | Series B | |
| Carol Lynn Emmerson, as Custodian for Jeffrey Clark Emmerson under the UT Uniform Transfers to Minors Act | 1/6/2006 | | | | | 2,000 | 1,800.00 | | | 1,800.00 | Series B | |
| Carol Lynn Emmerson, as Custodian for Lauren Elizabeth Emmerson under the UT Uniform Transfers to Minors Act | 1/6/2006 | | | | | 2,000 | 1,800.00 | | | 1,800.00 | Series B | |
| Catherine Leigh Karwal, as Custodian for Courtney Ambrose Karwal under the UT Uniform Transfers to Minors Act | 1/6/2006 | | | | | 2,000 | 1,800.00 | | | 1,800.00 | Series B | |
| Catherine Leigh Karwall, as Custodian for Conrad Evan Karwal under the UT Uniform Transfers to Minors Act | 1/6/2006 | | | | | 2,000 | 1,800.00 | | | 1,800.00 | Series B | |
| Charles D. Sater, as Custodian for Preston Dale Sater under the UT Uniform Transfers to Minors Act | 1/6/2006 | | | | | 2,000 | 1,800.00 | | | 1,800.00 | Series B | |
| Christine A. Dillon Revocable Trust UTA DTD 04/24/91 | 8/31/1999 | | | 128,572 | 45,000.20 | | | | | 45,000.20 | Series A | |
| David A. Drown and Jean H. Drown, Joint Tenancy with Right of Survivorship | 4/28/2005 | | | | | 11,250 | 10,125.00 | | | 10,125.00 | Series B | |
| David V. and Sharon F. Hanes, JTTEN | 9/6/2005 | | | | | 22,222 | 19,999.80 | | | 19,999.80 | Series B | |
| Dawn Aronoff and Jeffrey Klein | 9/20/2005 | 6,000 | 5,400.00 | | | | | 2,500 | 6,000.00 | 11,400.00 | Series C | |
| Denise M. Dillon C/F Delaney A. Dillon UTMA/OR | 8/31/1999 | | | 28,626 | 10,019.10 | | | | | 10,019.10 | Series A | |
| Denise M. Dillon C/F Trevor Dillon UGMA/OR | 8/31/1999 | | | 28,517 | 9,980.95 | | | | | 9,980.95 | Series A | |
| Dick, Glenda C. | 6/1/2000 | | | | | 27,778 | 25,000.20 | | | 25,000.20 | Series B | |
| Dickmann, Keith A. and Sandra J. | 9/20/2006 | | | | | | | 5,000 | 12,000.00 | 12,000.00 | Series C | |
| Dillon, Denise M. | 1/1/2005 | 123,000 | 36,900.00 | 92,857 | 32,499.95 | | | | | 69,399.95 | Common, Series A | |
| Dillon, James P. | 2/7/2000 | | | 57,143 | 20,000.05 | | | | | 20,000.05 | Series A | |
| Fleming, Art | 9/14/1999 | | | 114,286 | 40,000.10 | | | | | 40,000.10 | Series A | |
| Foisy Holdings LLC | 10/20/2005 | 17,000 | 15,300.00 | | | | | | | 15,300.00 | Common | |
| Gaudino, Jacqueline Salloum | 2/7/2000 | | | 10,000 | 3,500.00 | | | | | 3,500.00 | Series A | |
| Gibson, Nina | 8/18/2006 | | | | | | | 400 | 960.00 | 960.00 | Series C | |
| Guzzler's Investment Club | 4/18/2005 | | | | | 42,983 | 38,684.70 | | | 38,684.70 | Series B | |
| Heebner, David L. | 9/6/2005 | 21,400 | 19,260.00 | | | | | | | 19,260.00 | Common | |
| Holdener, Louis V. | 2/14/2007 | | | | | | | 5,000 | 12,000.00 | 12,000.00 | Series C | |
| Homer H. Kearns and/or Patricia C. Kearns | 10/4/2005 | 15,000 | 13,500.00 | | | | | | | 13,500.00 | Common | |
| IRIS Ariston Fund A, LLC | 9/7/2000 | | | | | 35,000 | 31,500.00 | | | 31,500.00 | Series B | |
| J. Farrell Petersen and Karen A. Petersen, Trustees u/a/d 3/3/92 | 10/15/2007 | | | | | | | 45,000 | 108,000.00 | 108,000.00 | Series C | |
| James P. and Jennifer L. Salloum, JTWROS | 9/9/2005 | 12,000 | 10,800.00 | | | 10,000 | 9,000.00 | | | 19,800.00 | Series B | |
| Jimmy D. Grimm and Beverly J. Grimm, as Trustees of the Grimm Family Trust dated November 9, 2004 | 2/14/2005 | | | | | 27,778 | 25,000.20 | | | 25,000.20 | Series B | |
| Johnson, Ron | 10/12/2007 | | | | | | | 139,042 | 333,700.80 | 333,700.80 | Series C | |
| Leicht, Josef | 3/9/1998 | 500,000 | - | | | | | | | - | Common | |
| Leo D. Gonzalez & Dianne Gonzalez, JTWROS | 2/7/2000 | | | 20,000 | 7,000.00 | | | | | 7,000.00 | Series A | |
| Lewis, Robert R. | 9/27/1999 | | | 214,286 | 75,000.10 | | | | | 75,000.10 | Series A | |

ERP-Link Corp

| Shares Issued Name - per the stock registry | Date of Last Stock Certificate Issued | Common Stock Shares | Common Stock Total | Series A Preferred Stock Shares | Series A Preferred Stock Total | Series B Preferred Stock Shares | Series B Preferred Stock Total | Series C Preferred Stock Shares | Series C Preferred Stock Total | Total Cash/Services Received | CLASS(ES) OF STOCK | ACCREDITED INVESTOR QUESTIONNAIRE RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lynn A. Miller and Nancy A. Miller Trustees U/A/D 6/7/99 | 9/7/2005 | 267,805 | 145,174.50 | 70,000 | 24,500.00 | | | | | 169,674.50 | Common, Series A | |
| Maag, Mark and Susan | 1/2/2007 | | | | | | | 12,500 | 30,000.00 | 30,000.00 | Series C | |
| Maag, Paul and I'ann | 1/2/2007 | | | | | | | 30,500 | 73,200.00 | 73,200.00 | Series C | |
| Michael & Yvonne Redmond, JTWROS | 7/6/1999 | | | 28,571 | 9,999.85 | | | | | 9,999.85 | Series A | |
| Miller, Lynn A. | 8/19/2004 | | | | | 23,000 | 20,700.00 | | | 20,700.00 | Series B | |
| Miller, Lynn A. and Nancy A. | 8/18/2006 | 138,474 | 58,208.40 | | | | | 4,200 | 10,080.00 | 68,288.40 | Common, Series C | |
| Morgan Stanley DW, Inc. C/F Blaine H. Cameron, IRA | 4/28/2005 | | | | | 11,250 | 10,125.00 | | | 10,125.00 | Series B | |
| Morgan Stanley DW, Inc., Custodian for Lynn A. Miller | 3/10/2005 | | | | | 11,250 | 10,125.00 | | | 10,125.00 | Series B | |
| Rocky and Diane Neal Family Trust UAD DTD 10/14/04 | 4/28/2005 | | | | | 11,250 | 10,125.00 | | | 10,125.00 | Series B | |
| Neal, Jeffrey M. and Erin L. | 3/13/2006 | | | | | | | 4,000 | 9,600.00 | 9,600.00 | Series C | |
| Neathery, David E. | 9/27/2005 | 45,000 | 40,500.00 | | | | | | | 40,500.00 | Common | |
| Olsen, Kelly J. | 10/3/2005 | 6,000 | 5,400.00 | | | | | | | 5,400.00 | Common | |
| Oswald, Nancy E. | 9/3/2004 | | | | | 11,111 | 9,999.90 | | | 9,999.90 | Series B | |
| Rapport, Sebastian | 4/1/2005 | 125,000 | 37,500.00 | | | | | | | 37,500.00 | Common | |
| Richard R. Robidoux, Family Trust | 10/19/2006 | | | | | | | 5,000 | 12,000.00 | 12,000.00 | Series C | |
| Rillaerts, Geert | 1/1/2005 | 75,000 | 22,500.00 | | | | | | | 22,500.00 | Common | |
| Salloum, Gerald Phillip | 2/7/2000 | | | 20,000 | 7,000.00 | | | | | 7,000.00 | Series A | |
| Salloum, Norma | 2/7/2000 | | | 10,000 | 3,500.00 | | | | | 3,500.00 | Series A | |
| Salloum, Paul P. | 2/7/2000 | | | 20,000 | 7,000.00 | | | | | 7,000.00 | Series A | |
| Sater and Mary P. Sater, Douglas D. | 3/13/2006 | | | | | 32,400 | 29,160.00 | 10,000 | 9,000.00 | 38,160.00 | Series B, Series C | |
| Schroeder, Kim | 9/11/2006 | | | | | | | 5,000 | 12,000.00 | 12,000.00 | Series C | |
| Schroeder, Steven | 2/12/2007 | | | | | | | 80,500 | 193,200.00 | 193,200.00 | Series C | |
| Seidel Real Estate LLC | 3/13/2006 | 10,000 | 9,000.00 | | | | | 1,000 | 2,400.00 | 11,400.00 | Common, Series C | |
| Seidel, Bill and Candace | 10/18/2007 | | | | | | | 10,000 | 21,500.00 | 21,500.00 | Series C | |
| Smith, Hiram A. | 3/8/2007 | | | | | | | 74,500 | 178,800.00 | 178,800.00 | Series C | |
| Steffanoff, Nick | 9/1/2004 | | | | | 11,111 | 9,999.90 | | | 9,999.90 | Series B | |
| Taylor, Eddy J. or Ruth | 3/13/2006 | | | | | 22,223 | 20,000.70 | 12,000 | 10,800.00 | 30,800.70 | Series B, Series C | |
| The Leonard Family Trust | 9/6/2005 | | | | | 15,061 | 13,554.90 | | | 13,554.90 | Series B | |
| Vigos, Sarah | 8/18/2006 | | | | | | | 400 | 960.00 | 960.00 | Series C | |
| Walker, Richard | 7/6/1999 | | | 71,429 | 25,000.15 | | | | | 25,000.15 | Series A | |
| Ward, Timothy H. | 8/1/2001 | | | | | 30,000 | 27,000.00 | | | 27,000.00 | Series B | |
| Williams Living Trust U-D 5/21/92 | 6/7/2001 | | | | | 20,000 | 18,000.00 | | | 18,000.00 | Series B | |
| Wolff | 10/8/2005 | 20,000 | 18,000.00 | | | | | | | 18,000.00 | Common | |
| | | 4,773,811 | 513,994.22 | 1,320,000 | 352,000.60 | 400,000 | 360,000.00 | 469,042 | 1,090,200.80 | 2,316,195.62 | | |

# United States Bankruptcy Court
## District of Oregon

In re    __ERP-Link Corp__ _____    Case No. _____

                                              Debtor(s)    Chapter    __11__ _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    __August 17, 2011__ _____      __/s/ John Eric Anderson__ _____

                                            __John Eric Anderson__/__President__
                                            Signer/Title

# United States Bankruptcy Court
### District of Oregon

In re   **ERP-Link Corp**

Debtor(s)

Case No.

Chapter     **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __ERP-Link Corp__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Eric Anderson**

☐ None [*Check if applicable*]

**August 17, 2011**

Date

**/s/ Howard M. Levine**

**Howard M. Levine 800730**

Signature of Attorney or Litigant

Counsel for   **ERP-Link Corp**

**Sussman Shank LLP**
**1000 SW Broadway**
**Suite 1400**
**Portland, OR 97205-3089**
**(503) 227-1111**
**hlevine@sussmanshank.com**

## United States Bankruptcy Court
### District of Oregon

In re    **ERP-Link Corp** _____    Case No. _____

                          Debtor(s)      Chapter    **11** _____

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **John Eric Anderson**, declare under penalty of perjury that I am the **President and Sole Board Member** of **ERP-Link Corp**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the __ day of __, 20__.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **John Eric Anderson, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **John Eric Anderson, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **John Eric Anderson, President** of this Corporation is authorized and directed to employ **Howard M. Levine 800730**, attorney and the law firm of **Sussman Shank LLP** to represent the corporation in such bankruptcy case."

Date    August 17, 2011 _____      Signed    /s/ John Eric Anderson _____

                                                    **John Eric Anderson**
                                                    **President and Sole Board Member**

Resolution of Board of Directors
of
**ERP-Link Corp**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **John Eric Anderson**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **John Eric Anderson, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **John Eric Anderson, President** of this Corporation is authorized and directed to employ **Howard M. Levine 800730**, attorney and the law firm of **Sussman Shank LLP** to represent the corporation in such bankruptcy case.

| | | |
|---|---|---|
| Date | August 17, 2011 | Signed | /s/ John Eric Anderson |

**John Eric Anderson,**
**President and Sole Board Member**

Date _____     Signed _____

1   Howard M. Levine, OSB No. 800730
    SUSSMAN SHANK LLP
2   1000 SW Broadway, Suite 1400
    Portland, OR  97205-3089
3   Telephone: 503-227-1111
    Facsimile: 503-248-0130
4   Email: hlevine@sussmanshank.com

5       Attorneys for Debtor and Debtor-in-Possession

6

7

8                IN THE UNITED STATES BANKRUPTCY COURT

9                         DISTRICT OF OREGON

10  In re                          )   Case No.
                                   )
11  ERP-Link Corp.,                )   CERTIFICATE OF SERVICE
                                   )   (Full Filing)
12              Debtor.            )
                                   )
13                                 )
                                   )
14  _____)

15          I hereby certify that the following documents will be **hand delivered** to the U.S.

16  Trustee for the District of Oregon, 620 SW Main Street, Rm. 213, Portland, Oregon

17  97205

18          •   Voluntary Petition;

19          •   Exhibit C-1;

20          •   Disclosure of Compensation of Attorney for Debtor;

21          •   Summary of Schedules;

22          •   Schedules A through H, and Declaration Concerning Debtor's Schedules;

23          •   Statement of Financial Affairs;

24          •   List of Creditors Holding 20 Largest Unsecured Claims;

25          •   List of Equity Security Holders;

26          •   Creditor Matrix and Verification;

Page 1 of 2 - CERTIFICATE OF SERVICE

1     • Corporate Ownership Statement;

2     • Statement Regarding Authority to Sign and File Petition;

3     • Certification Pursuant to LBR 1001-1.G; and

4     • A self adhesive label with the name and service address for each of the
following: Debtor, Debtor's attorney, SEC, and each of the creditors

5     holding the 20 Largest Unsecured Claims.

6

7     DATED this 17th day of August, 2011.

8     SUSSMAN SHANK LLP

9     */s/ Howard M. Levine*

    By _____

10     Howard M. Levine, OSB No. 800730

    Attorneys for Debtor and Debtor-in-Possession

11

12     **F:\CLIENTS\21470\001\PLEADINGS\P-CERTIFICATE OF SERVICE - FULL FILING.DOC**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Page 2 of 2 - CERTIFICATE OF SERVICE