Howard M. Levine, OSB No. 800730
Timothy A. Solomon, OSB No. 072573
SUSSMAN SHANK LLP
1000 SW Broadway, Suite 1400
Portland, OR  97205-3089
Telephone: 503-227-1111
Facsimile: 503-248-0130
Email: hlevine@sussmanshank.com

Attorneys for Debtor and Debtor-in-Possession

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

In re

ERP-Link Corp.,

          Debtor.

)
)
)
)
)
)
)
)
)
)
)
)

Case No. 11-37108-rld11

DEBTOR'S MOTION FOR ORDER ASSUMING AND ASSIGNING CERTAIN EXECUTORY CONTRACTS PURSUANT TO SECTIONS 105 AND 365 OF THE BANKRUPTCY CODE

        ERP-Link Corp., the debtor and debtor in possession in this case (the "Debtor"), hereby moves the court (the "Motion") for entry of an order assuming certain executory contracts and assigning them to a purchaser of the Debtor's assets pursuant to 11 USC §§ 105 and 365.  In support of the Motion, the Debtor respectfully represents as follows:

**JURISDICTION**

        1.    The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).  The statutory predicates for the relief requested are Sections 105(a) and 365 of Title 11 of the United States

Page 1 of 5 - DEBTOR'S MOTION FOR ORDER ASSUMING AND ASSIGNING CERTAIN EXECUTORY CONTRACTS PURSUANT TO SECTIONS 105 AND 365 OF THE BANKRUPTCY CODE

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

Exhibit D to Bidding Motion

1  Code (the "Bankruptcy Code").[1]

2  **BACKGROUND**

3  2.      On August 17, 2011, the Debtor filed a voluntary petition for relief under

4  Chapter 11 of the Code.  The Debtor remains as debtor in possession.  No Trustee or

5  Creditors Committee has been appointed.

6  3.      On August 16, 2011, the Debtor signed an Asset Purchase Agreement

7  (the "APA") with Gimmal Holdings LLC ("Purchaser"), pursuant to which the Debtor will

8  sell to Purchaser (or other successful bidder) substantially all of the assets of the estate.

9  Anderson Declaration, ¶ 29.

10  4.      The Debtor proposes to sell substantially all of its assets to Purchaser

11  subject to the terms of the APA.  *Id.*, ¶ 31.

12  **THE EXECUTORY CONTRACTS**

13  5.      The Debtor is a party to numerous executory contracts (the "Contracts").

14  *Id.* ¶ 32.  A list of the Contracts is attached hereto as Exhibit 1.[2]

15  6.      As part of the contemplated sale of its assets, the Debtor has agreed,

16  among other things, to assume and assign to Purchaser some or all of the Contracts to

17  the Purchaser as requested by Purchaser.  *Id.* ¶ 33.

18  7.      The Debtor believes that it is in default with respect to only one Contract.

19  This is a monetary default in the amount of $76,499.00 relating to the Contract between

20  the Debtor and Norikkon (the "Norikkon Contract").  The Debtor is working with the

21  Purchaser and Norikkon to negotiate a cure for the default.  *Id.* ¶ 34.

22

23

24  [1] All Section references are to the Bankruptcy Code unless noted otherwise.

25  [2] The list of Contracts to be assumed and assigned remains subject to review, and the Debtor reserves the right to add or remove any Contracts before the closing date of the

26  sale transaction.
Page 2 of 5 - DEBTOR'S MOTION FOR ORDER ASSUMING AND ASSIGNING CERTAIN EXECUTORY CONTRACTS PURSUANT TO SECTIONS 105 AND 365 OF THE BANKRUPTCY CODE

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

Exhibit D to Bidding Motion

**RELIEF REQUESTED**

8.    The Debtor seeks authorization, pursuant to Sections 105(a) and 365, to assume the Contracts and assign them to the Purchaser or any other purchaser of the Debtor's assets.

**BASIS FOR RELIEF REQUESTED**

9.    Section 365(a) provides that a debtor, "subject to the court's approval, may assume or reject an executory contract or an unexpired lease."  11 USC § 365(a). In determining whether to approve the assumption or rejection of an executory contract or unexpired lease, courts employ the "business judgment" standard.  *Durkin v. Benedor Corp. (In re G.I. Indus.)*, 204 F3d 1276, 1282 (9th Cir 2000); *Robertson v. Pierce (In re Chi-Feng Huang)*, 23 BR 798, 800 (9th Cir BAP 1982).  Under this standard, assumption or rejection is appropriate if the debtor in possession can demonstrate that it will benefit the bankruptcy estate.  *See Westship, Inc. v. Trident Shipworks, Inc.*, 247 BR 856, 866 (MD Fla 2000); *Commercial Fin. Ltd. v. Hawaii Dimensions, Inc. (In re Hawaii Dimensions, Inc.)*, 47 BR 425, 427 (D Haw 1985).

10.    If a debtor in possession's business judgment has been reasonably exercised, a court should approve the assumption or rejection of an unexpired lease or executory contract. See, *e.g.*, *NLRB v. Bidisco & Bidisco*, 465 US 513, 523 (1984); *Johnson v. Fairco Corp.*, 61 BR 317, 320 (Bankr ND Ill 1986).  In applying the "business judgment" standard, courts show great deference to a debtor in possession's decision to reject an unexpired lease.  *Durkin*, 204 F3d at 1282; *Summit Land Co. v. Allen (In re Summit Land Co.)*, 13 BR 310, 315 (Bankr D Utah 1981).

11.    A debtor may assign an executory contract, provided it is assumed under Section 365(a), any defaults are cured, and the assignee provides adequate assurance of future performance.  11 USC §§ 365(b)(1)(A), (f)(2).  The default with respect to the

Page 3 of 5 - DEBTOR'S MOTION FOR ORDER ASSUMING AND ASSIGNING CERTAIN EXECUTORY CONTRACTS PURSUANT TO SECTIONS 105 AND 365 OF THE BANKRUPTCY CODE

1    Norikkon Contract, and any other defaults determined to exist under any of the

2    Contracts, will be cured.  The Purchaser has demonstrated that it is an established

3    company with the financial wherewithal to perform under the Contracts.    Anderson

4    Declaration, ¶ 35.

5        12.    As stated above, the assumption and assignment of the Contracts is a

6    necessary part of the Debtor's agreement to sell its assets to the Purchaser.

7        13.    Based upon the foregoing facts and circumstances, the Debtor submits

8    that the assumption and assignment of the Contracts set forth in Exhibit 1 hereto is

9    supported by sound business judgment, and is necessary, prudent, and in the best

10   interests of the Debtor, its estate, creditors, and parties in interest.

11                                    **NOTICE**

12       14.    The Debtor has provided a notice of this Motion and the proposed

13   assignment of contracts (the "Notice") to the 20 largest unsecured creditors, the

14   counterparties to each of the Contracts, and the Office of the United States Trustee.  A

15   copy of the proposed Notice is attached hereto as Exhibit 2.  The Debtor reserves the

16   right at any time up to the closing date of the APA, and even after entry of an order

17   granting in whole or in part the Motion, to elect not to assume or assign any contract

18   that is the subject of this Motion.  The Debtor submits that no other or further notice is

19   required under the circumstances.

20   //

21   //

22   //

23   //

24   //

25   //

26
     Page 4 of 5 - DEBTOR'S MOTION FOR ORDER ASSUMING AND ASSIGNING
     CERTAIN EXECUTORY CONTRACTS PURSUANT TO SECTIONS 105 AND 365 OF
     THE BANKRUPTCY CODE

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

Exhibit D to Bidding Motion

1    WHEREFORE, the Debtor respectfully requests entry of an order granting the

2    relief sought herein and such other and further relief as the court may deem proper.

3    DATED this 17th day of August, 2011.

4    SUSSMAN SHANK LLP

5    */s/ Howard M. Levine*

By _____

6    Howard M. Levine, OSB No. 800730
Timothy A. Solomon, OSB No. 072573

7    Attorneys for Debtor and Debtor-in-Possession

F:\CLIENTS\21470\001\PLEADINGS\P-MOTION TO ASSUME CONTRACTS (FINAL).DOC

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Page 5 of 5 - DEBTOR'S MOTION FOR ORDER ASSUMING AND ASSIGNING CERTAIN EXECUTORY CONTRACTS PURSUANT TO SECTIONS 105 AND 365 OF THE BANKRUPTCY CODE

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

Exhibit D to Bidding Motion

| Name | Address1 | Address2 | City | State | Zip | Country | Description |
|---|---|---|---|---|---|---|---|
| 5280 Solutions LLC | 8740 Lucent Blvd Suite 400 | | Highlands Ranch | CO | 80129-0000 | | Bi-Lateral Non-Disclosure Agreement |
| 5th & Washington, LLC | ATTN: Bruce Wood | 510 SW 5th Ave | Portland | OR | 97201-0000 | | Office Space Lease |
| Abb Inc. | 16250 W Glendale Drive | | New Berlin | WI | 53151-0000 | | Confidentiality Agreement |
| Adfil | 2002 156th Ave NE | | Bellevue | WA | 98007-0000 | | Master Service Agreement |
| Ascentn | 1916 C Old Middlefield Way | | Mountain View | CA | 94043-0000 | | Non-Disclosure Agreement |
| Aptar Group | 340-B Commerce Drive | | Crystal Lake | IL | 60114-0000 | | Annual Software License Agreement |
| Algonquin Group | 556 S. Fair Oaks Ave | Suite 101-448 | Pasadena | CA | 91105-0000 | | Sub Contractor Professional Services Agreement |
| AgilePoint, Inc. | 1916C Old Middlefield Way | | Mountain View | CA | 94043-0000 | | Partner Agreements |
| Aster Group, Inc | 434-B Cooperified Blvd NE | | Concord | NC | 28025-0000 | | Partner Agreement |
| Avance Capital1 | 3838 Tamiami Trail N | Suite 416 | Naples | FL | 34103-0000 | | Confidentiality Agreement |
| Avnet Client Solutions | 14 Joyce Way | Parkwest Business Park | Dublin 12, Ireland | | | | Non-Disclosure Agreement |
| Baker & McKenzie Global Servic | 130 East Randolph St | Suite 3600 | Chicago | IL | 60601-0000 | | Mutual Confidentiality and Non-Disclosure Agreement |
| Blue Granite, Inc | 4664 Campus Drive | | Kalamazoo | MI | 49008-0000 | | Premier Partner Agreement |
| Blum Shapiro Consulting, LLC | 29 S Main Street | PO Box 27200 | West Hartford | CT | 06127-2000 | | Premier Partner Agreement |
| Borg Warner | 3850 Hamlin Road | | Ann Arbor | MI | 48326-0000 | | Annual Software License Agreement |
| BP Corporation of N.A, Inc. | PO Box 22024 | | Tulsa | OK | 74121-0000 | | Software Support Agreement |
| BP Corporation of N.A. Inc. | PO Box 22024 | | Tulsa | OK | 74121-0000 | | Software License Agreement |
| Calgon Carbon | PO Box 717 | | Pittsburgh | PA | 15230-0000 | | Software Support Agreement |

Exhibit 1
Page 1 of 7

| Name | Address | Address 2 | City | State | Zip | Agreement Type |
|---|---|---|---|---|---|---|
| Calgon Carbon | PO Box 717 | | Pittsburgh | PA | 15230-0000 | Software License Agreement |
| Caridian BCT | 10811 W Collins Ave | | Lakewood | CO | 80215-0000 | Annual Software License Agreement |
| Caridian BCT | 10811 W Collins Ave | | Lakewood | CO | 80215-0000 | Professional Services Agreement |
| Ceradyne, Inc. | 3169 Red Hill Avenue | | Costa Mesa | CA | 92626-0000 | Annual Software License Agreement |
| Christopher Knell | PO Box 10061 | | Portland | OR | 97296-0000 | Sub Contractor Professional Services Agreement |
| Coca Cola Bottling Co. | Consolidated | 115 Coca Cola Plaza | Charlotte | NC | 28211-0000 | Annual Software License Agreement |
| ConocoPhillips Company | PO Box 2200 | | Bartlesville | OK | 74005-0000 | Software Support Agreement |
| ConocoPhillips Company | PO Box 2200 | | Bartlesville | OK | 74005-0000 | Software License Agreement |
| CSG Professional Services Inc | 5201 SW Westage Drive | Suite 208 | Portland | OR | 97221-0000 | Bi-Lateral Non-Disclosure Agreement |
| DataLan Corporation | 3 Barker Avenue | | White Plains | NY | 10601-0000 | Premier Partner Agreement |
| Datalogic Scanning (PSC,Inc) | 959 Terry St | | Eugene | OR | 97402-0000 | Software Support Agreement |
| Datalogic Scanning (PSC,Inc) | 959 Terry St | | Eugene | OR | 97402-0000 | Software License Agreement |
| DX Network Services | DX House, Ridgeway | Iver Bucks | | | SL0 94A | GREAT BRITAIN | Software Support Agreement |
| DX Network Services | DX House, Ridgeway | Iver Bucks | | | SL0 9JQ | GREAT BRITAIN | Software License Agreement |
| ELBA Buerosysteme GmbH & Co KG | Maybachstr. 2 | D-45891 Gelsenkirchen | Germany | | GERMANY | Software License Agreement |
| Electronic Data Systems | 5400 Legacy Drive | | Plano | TX | 75024-0000 | Confidentiality Agreement |
| Eli Jones | 857 Winchell St. | | Portland | OR | 97217-0000 | Employment Agreement |
| Eli Jones | 857 Winchell St. | | Portland | OR | 97217-0000 | NDA & Assignment of Rights/Invention Agreement |
| ERT3WS | 3 Bunspace | Bievres France | 91571 Cedex | | | Premier Partner and Master Distributor Agreement |

Exhibit 1
Page 2 of 7

Exhibit D to Bidding Motion

| Name | Address | Suite/Unit | City | State | Zip/Country | Agreement |
|---|---|---|---|---|---|---|
| Espero Inc. | 12641 N 70th Place | | Scottsdale | AZ | 85254-0000 | Consulting Agreement |
| Factory Software SRL | Via S Ambrogio 17 | | 27058 Voghera | | ITALY | Partner Agreements |
| Fresenius Medical Care | Deutschland GmbH | Else-Kroener-Strasse 1 | 61352 Bad Homburg v.d.H | | GERMANY | Annual Software License Agreement |
| Gimmal Group | 24 Greenway Plaza | Suite 1000 | Houston | TX | 77046-0000 | Partner Agreements |
| Gimmal Group | 24 Greenway Plaza | Suite 1000 | Houston | TX | 77046-0000 | Software License Agreement |
| Global Software Resources, Inc | 4447 Stoneridge Dr | | Pleasanton | CA | 94588-0000 | Premier Partner Agreement |
| Gus Timani | 2480 Irvine Blvd. | Apt 344 | Tustin | CA | 92782-0000 | NDA & Assignment of Rights/Invention Agreement |
| Gustavo Velez | 29540 SW Courtside | Unit 7 | Wilsonville | OR | 97070-0000 | Sub Contractor Professional Services Agreement |
| H & E Equipment Services | 11100 Mead Rd | Suite 200 | Baton Rouge | LA | 70816-0000 | Annual Software License Agreement |
| Harman International | PO Box 550 | | Farmington | MI | 48332-0000 | Software Support Agreement |
| Harman International | PO Box 550 | | Farmington | MI | 48332-0000 | Software License Agreement |
| Hospex Consulting Services | 5 C Canal Park Gulberg II | Lahore, Punjab | 54660 | | PAKISTAN | Premier Partner Agreement |
| Hostess Brands Corp. | 1 E. Armour Blvd | PO Box 419627 | Kansas City | MO | 64141-6227 | Annual Software License Agreement |
| HSR | via Olgettina 60 | | 20132 Milano | | ITALY | Annual Software License Agreement |
| Ignatius du Plessis | 609 N Acacia Drive | | Gilbert | AZ | 85233-0000 | Confidentiality, Proprietary Rights and Non-Competition Agreement |
| Infosys | Electronics City, Hosur Road | | Bangalore 560 100, India, | | | Partner NDA |
| International Foods & | Frgarance - USA | 521 W 57TH St. | New York | NY | 10019-0000 | Annual Software License Agreement |
| Intuitive | Godoy Cruz 2841 3er Piso | | Buenos Aires | | CP- c1425 FQM ARGENTINA | Partner Agreements |
| IOX Business Solutions | 133 Alexander Street | | Crows Sest, Sydney NSW | | 2065 AUSTRALIA | Premier Partner Agreement |

Exhibit 1
Page 3 of 7

Exhibit D to Bidding Motion

| Company | Address | | City | State | Zip | Country | Agreement Type |
|---|---|---|---|---|---|---|---|
| ISA | Calle 12 Sur NO. | | 18-168 Medellin, Columbia | | | | Annual Software License Agreement |
| IT Systems, AG | ZwickySTrasse 7 | | Zurich-Wallestein | | CH-8304 | SWITZERLAND | Partner NDA |
| IT Workplace, LTF | 15 Wheeler Gate | | Nottingham | | NG12NA | ENGLAND | OEM License Agreement |
| IT Worx | 406 Farmington Avenue | | Farmington | CT | 06032-0000 | | Fees Due Settlement Agreement |
| Itsystems AG | Zwickystrasse 7 | CH-8304 | Zurich-Wallisellen | | | SWITZERLAND | Non-Disclosure Agreement |
| ITWorx | 406 Farmington Avenue | | Farmington | CT | 06032-0000 | | Partner Agreements |
| Janus Capital Management LLC | 151 Detroit Street | | Denver | CO | 80206-0000 | | Annual Software License Agreement |
| Janus Capital Management LLC | 151 Detroit Street | | Denver | CO | 80206-0000 | | Professional Services Agreement |
| John Kallen Konsult, AB | Fleminggatan 55 | | 11232 Stockholm | | | SWEDEN | NDA & Assignment of Rights/Invention Agreement |
| John Kallen Konsult, AB | Fleminggatan 55 | | 11232 Stockholm | | | SWEDEN | Sub Contractor Professional Services Agreement |
| Josef Leicht | 1065 E. Flamingo Rd. | Apt 1017 | Las Vegas | NV | 89119-0000 | | NDA & Assignment of Rights/Invention Agreement |
| Key2 Consulting, LLC | 1000 Peachtree Industrial Blvd | Suite 6-289 | Suwanee | GA | 30024-0000 | | Premier Partner Agreement |
| KI Business Performance GmbH | Mittlstr. 12-14 | | 50672 Cologne | | | GERMANY | Bi-Lateral Non-Disclosure Agreement |
| Knowledgelake | 3 City Place Drive | Suite 700 | St. Louis | MO | 63141-0000 | | Partner Agreements |
| Kraft Foods Global, Inc. | PO Box 795129 | | San Antonio | TX | 78279-5129 | | Software Support Agreement |
| Kraft Foods Global, Inc. | PO Box 795129 | | San Antonio | TX | 78279-5129 | | Software License Agreement |
| L'Oreal USA Products, Inc | 310 SW 4th Ave., Ste 400 | | Portland | OR | 97204-2350 | | Service Provider Agreement |
| Leigh Investments | PO Box 364 | | Vancouver | WA | 98666-0000 | | Annual Software License Agreement |
| Lockheed Martin Corporation | P.O. Box 650003 | | Dallas | TX | 75265-0003 | | Storage Space Lease |

Exhibit 1
Page 4 of 7

| Name | Address | City | State | Zip/Postal | Country | Agreement Type |
|---|---|---|---|---|---|---|
| Logica, UK | 250 Brook Drive Green Park | Reading | | RG2 GUB | GREAT BRITAIN | Confidentiality Agreement |
| Mayank Bakshi | 1058 216th Pl. SE | Bothell | WA | 98021-0000 | | NDA & Assignment of Rights/Invention Agreement |
| Miami-Dade County | Public Schools    PO Box 01-2570 | Miami | FL | 33101-0000 | | Annual Software License Agreement |
| Microsoft Corp | One Redmond Way | Redmond | WA | 98052-0000 | | ISV Partner Agreement |
| Microsoft Hong Kong Limited | 13/F., Cyberport 2 | HONG KONG | | | CHINA | Partnership Agreement |
| Minotaur Development | Darren Moore    1244 W. Myrna Lane | Tempe | AZ | 85284-0000 | | Sub Contractor Professional Services Agreement |
| Minto Group | 180 Kent St. Suite 200 | Ontario | | K1P 0B6 | CANADA | Annual Software License Agreement |
| Monsanto Company | PO Box 66900 | St. Louis | MO | 63166-6900 | | Annual Software License Agreement |
| Navantis Inc. | 21 Randolph Ave. 3rd Floor | Toronto, Ontario M5P 4G4 | | | CANADA | Premier Partner Agreement |
| Neudesic | 8105 Irvine Center Dr.    Suite 1200 | Irvine | CA | 92618-0000 | | Partner Agreements |
| New Markets Management | Consulting GbR    Salomon-Heine-Weg 36b | 20251 Hamburg | | | GERMANY | Consulting Agreement |
| NINTEX | 10900 NE Bellevue | Bellevue | WA | 98004-0000 | | Partner Agreements |
| Norikkon | 1218 Oxford Place | Cary | NC | 27511-0000 | | Master Service Agreement |
| Norikkon, LLC | 1218 Oxford Place | Cary | NC | 27511-0000 | | Partner NDA, and Lateral Partner Reseller Agreement |
| NPL Construction Company | 2355 W. Utopia Road    Bldg #3 | Phoenix | AZ | 85027-0000 | | Software Support Agreement |
| NPL Construction Company | 2355 W. Utopia Road    Bldg #3 | Phoenix | AZ | 85027-0000 | | Software License Agreement |
| Ontario Power Generation | 135 W. Beaver Creek    Richmond Hill | | Ontario | L4B 4R7 | CANADA | Annual Software License Agreement |
| Pace Performance | P.O. Box 6707    715 NW Hoyt Street | Portland | OR | 97208-0000 | | Partner Agreements |
| Patrick Theobald | Olgastrabe 15    D-70185 | Stuttgart | | | GERMANY | Confidential Settlement Agreement and Mutual General Release |

Exhibit 1
Page 5 of 7

| Company | Address | Suite/Code | City | State | Zip | Agreement |
|---|---|---|---|---|---|---|
| Profit Path Systems LLC | PO Box 1004 | | Milltown | NJ | 08850-0000 | Business Cooperation Agreement |
| Quantix | 428 Fore Street | | Portland | ME | 04101-0000 | Non-Disclosure and Restricted Use Agreement |
| ReadSoft | 3838 N. Causeway Blvd. | Suite 2400 | Metairie | LA | 70002-0000 | Partner Agreements |
| SAP, AG | Dietmar-Hop-Allee 16 | D-69190 | Walldorf | | GERMANY | ISV Partner Agreement |
| Sauer-Danfoss | 2800 East 13th St | | Ames | IA | 50010-0000 | Annual Software License Agreement |
| Siemens | 5800 Granite Parkway | Suite 600 | Plano | TE | 75024-0000 | Professional Services Agreement |
| Stixon Systems GmbH | Biohlefelder Strabe 251 B | D-26129 | Oldenburg | | | Confidential Settlement Agreement and Mutual General Release |
| Sterling Communications | 14945 SW Sequoia Pkwy | | Portland | OR | 97224-0000 | Service Agreement |
| Targit (U.S.), Inc. | 3450 Buschwood Park Dr. | Suite 220 | Tampa | FL | 33618-0000 | Bi-Lateral Non-Disclosure Agreement |
| Taulia | 100 Pine Street | Suite 1750 | San Francisco | CA | 94111-0000 | Partner Agreements |
| TechCFO | PO Box 8608 | | San Jose | CA | 95155-0000 | Service Agreement |
| The Glenture Group LLC | 3000 Dundee Rd., Ste 215 | | Northbrook | IL | 60062-0000 | Premier Partner Agreement |
| The Toro Company | 811 Lyndale Ave. S | | Bloomington | MN | 55420-0000 | Confidentiality and Non-Use Agreement |
| Theobald Software GmbH | Olgastrabe 15 | D-70182 | Stuttgart | | GERMANY | Confidential Settlement Agreement and Mutual General Release Non-Disclosure and Restricted Use Agreement and Product Evaluation/ Loaner Agreement |
| Thorogood Associates | Ealing Studios Ealing | W6 5EP, UK | | | | Product Evaluation Agreement |
| TIE International | Schiphol-Rijk | The Netherlands | | | | Employment Agreement |
| Todd Mackley | 226 Hill Ct. | | Castle Rock | CO | 80104-0000 | NDA & Assignment of Rights/Invention Agreement |
| Todd Mackey | 226 Hill Ct. | | Castle Rock | CO | 80104-0000 | Employment Agreement |
| Tyson Foods Inc. | PO Box 2020 | | Springdale | AR | 72762-0000 | Annual Software License Agreement |

Exhibit 1
Page 6 of 7

Exhibit D to Bidding Motion

| UNICOR | Federal Prison Industry | PO BOX 4000 | Butner | NC | 27509-4000 | Annual Software License Agreement |
| Unternehmensberatung GmbH | Bioherfeld Straße 253 | D-26129 | Oldenburg | | GERMANY | Confidential Settlement Agreement and Mutual General Release |
| W.R. Grace | PO Box 1927 | | Lake Charles | LA | 70602-0000 | Software Support Agreement |
| W.R. Grace | PO Box 1927 | | Lake Charles | LA | 70602-0000 | Software License Agreement |
| Wipro Limited | Doddakanelli, Sarjapur Rd. | Bangalore, Karnataka 560 035, | | | INDIA | Reseller and Premier Partner Agreement |
| Wisner Consulting | 15718 NW Wisner | | Portland | OR | 97239-0000 | Partner Agreements |

Exhibit 1
Page 7 of 7

Exhibit D to Bidding Motion

1    Howard M. Levine, OSB No. 800730
Timothy A. Solomon, OSB No. 072573
2    SUSSMAN SHANK LLP
1000 SW Broadway, Suite 1400
3    Portland, OR  97205-3089
Telephone: 503-227-1111
4    Facsimile: 503-248-0130
Email: hlevine@sussmanshank.com
5

Attorneys for Debtor and Debtor-in-Possession
6

7

        IN THE UNITED STATES BANKRUPTCY COURT
8

               DISTRICT OF OREGON
9

10   In re                     )   Case No. 11-37108-rld11
                        )
11   ERP-Link Corp.,       )   **[PROPOSED]**
                        )   NOTICE OF INTENT TO ASSUME AND
12         Debtor.     )   ASSIGN EXECUTORY CONTRACTS
                        )   AND NOTICE OF HEARING
13                      )
                        )
14  _____)

15      **NOTICE OF ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS**:

16         ERP-Link Corp., the debtor and debtor in possession in the above-captioned
17  Chapter 11 bankruptcy case (the "Debtor") is a party to an Asset Purchase Agreement
dated August 16, 2011 (the "APA"), between the Debtor and Gimmal Holdings LLC.
18  The Debtor has asked the Court to approve the APA and to approve the sale of
substantially all the Debtor's assets to Gimmal Holdings LLC or, if higher qualifying bids
19  are received, to the highest and best bidder (such party, the "Purchaser").   In
20  connection with the APA, the Debtor also has filed a motion to assume of the executory
contracts set forth in Exhibit A hereto (the "Contracts") and assign them to Purchaser
21  pursuant to Section 365 of the Bankruptcy Code (the "Motion to Assume").  A copy of
the Motion to Assume is attached hereto as Exhibit B.
22

23  Any defaults existing under the Contracts will be cured.  The Purchaser also will provide
adequate assurances of future performance under the Contracts.
24

25  **You are receiving this Notice because the Debtor's records indicate that you are a
party to an executory contract with the Debtor which the Debtor intends to
assume and assign to the Purchaser as part of the sale transaction contemplated**
26

    Page 1 of 2 - NOTICE OF INTENT TO ASSUME AND ASSIGN EXECUTORY
    CONTRACTS AND NOTICE OF HEARING

Exhibit 2
Page 1 of 2

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

1
2
3

by the APA.  **Please note, however, that the list of Contracts in Exhibit A hereto remains subject to further review.  Debtor reserves the right to at anytime up to the closing date of the APA, and even after entry of an order granting in whole or in part the Motion, to elect not to assume any contract.**

4
5
6
7
8
9

**YOU ARE HEREBY NOTIFIED** that unless within [21 (twenty-one)] days of the service date of this Notice you file a written objection to the Assumption Motion, **and set forth** the specific grounds for such objection and your relation to the case, with the Clerk of the Court at the United States Bankruptcy Court for the District of Oregon, 1001 SW 5th Avenue, Courtroom No. _, Portland, Oregon 97204 and serve a copy to Howard M. Levine, c/o Sussman Shank LLP, 1000 SW Broadway, Suite 1400, Portland, Oregon 97205, 503-227-1111, the Debtor will submit an order granting the Motion to Assume and allowing the assumption and assignment of the Contracts without further notice or hearing.

10
11
12

**YOU ARE FURTHER NOTIFIED THAT** a final hearing on the Motion to Assume, and any objections filed to it, is set for _____, _____ __, **2011, at _:_0 _.m.,** in the United States Bankruptcy Court, 1001 SW Fifth Avenue, ___ Floor, Portland, Oregon 97204. Testimony may be received at the hearing.

DATED this 17th day of August, 2011.

13
14

SUSSMAN SHANK LLP

15
16
17

By _____
        Howard M. Levine, OSB No. 800730
        Timothy A. Solomon, OSB No. 072573
        Attorneys for Debtor and Debtor-in-Possession

18

F:\CLIENTS\21470\001\PLEADINGS\P-NOTICE OF MOTION TO ASSUME AND ASSIGN.DOC

19
20
21
22
23
24
25
26

Page 2 of 2 - NOTICE OF INTENT TO ASSUME AND ASSIGN EXECUTORY CONTRACTS AND NOTICE OF HEARING

Exhibit 2
Page 2 of 2

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130